| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Jennifer Pafiti<br>Pomerantz LLP,<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>(310) 405-7190 | |
| ATTORNEY(S) FOR: Plaintiff, ANTHONY SANCHEZ | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY SANCHEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br>v.<br>DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN,<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff, ANTHONY SANCHEZ_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ANTHONY SANCHEZ | Plaintiff |

01/15/2021
Date

/s/Jennifer Pafiti
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, ANTHONY SANCHEZ