AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| ANTHONY SANCHEZ, Individually and On Behalf of All Others Similarly Situated,<br>*Plaintiff*<br>v.<br>DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN,<br>*Defendant* | Civil Action No. 2:21-cv-00418 JAK (JPRx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN
2660 Townsgate Road
Suite 300
Westlake Village, California

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer Pafiti
Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/15/2021

*Signature of Clerk or Deputy Clerk*