# EXHIBIT 1

# Pomerantz Law Firm Announces the Filing of a Class Action against Decision Diagnostics Corporation and Certain Officers - DECN

NEWS PROVIDED BY
**Pomerantz LLP →**
Jan 15, 2021, 23:48 ET

NEW YORK, Jan. 15, 2021 /PRNewswire/ -- Pomerantz LLP announces that a class action lawsuit has been filed against Decision Diagnostics Corporation ("Decision Diagnostics" or the "Company") (OTCMKTS: DECN) and certain of its officers. The class action, filed in United States District Court for the Central District of California, and docketed under 21-cv-00418, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Decision Diagnostics securities between March 3, 2020 and December 17, 2020, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased Decision Diagnostics securities during the Class Period, you have until March 16, 2021 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Decision Diagnostics purportedly offers, among other products and services, prescription and non-prescription diagnostics and home testing products.

From March 2020 to at least June 2020, Defendants claimed that the Company had developed a finger-prick blood test that could detect COVID-19 in less than one minute. Defendants also made various representations regarding the Company's progress towards achieving U.S. Food and Drug Administration ("FDA") emergency use authorization ("EUA") for this purported COVID-19 finger-prick blood test.

The Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements, and failed to disclose material adverse facts about the Company's business, operational, and compliance policies. Specifically, Defendants made false and/or misleading statements and failed to disclose to investors that: (i) Decision Diagnostics had not developed any viable COVID-19 test, much less a test that could detect COVID-19 in less than one minute; (ii) the Company could not meet the FDA's EUA testing requirements for its purported COVID-19 test; (iii) accordingly, Defendants had misrepresented the timeline within which it could realistically bring its COVID-19 test to market; (iv) all the foregoing subjected Defendants to an increased risk of regulatory oversight and enforcement; and (v) as a result, Defendants' public statements were materially false and misleading at all relevant times.

On December 17, 2020, the SEC filed a complaint in federal court against Defendants, alleging that they had issued a series of press releases that falsely claimed that Decision Diagnostics had developed a finger-prick blood test that could detect COVID-19 in less than one minute (the "SEC Complaint"). According to the SEC Complaint, from March 2020 to at least June 2020, Defendants made false and misleading statements about the existence of Decision Diagnostics' COVID-19 device and progress towards achieving FDA EUA for that device.  As alleged, at the time of these claims, Decision Diagnostics lacked a proven method for detecting the virus and had no physical testing device.  The SEC Complaint further alleged that the statements created the misleading impression that Decision Diagnostics would soon introduce the COVID-19 test to the market, which led to surges in the price and trading volume of the Company's stock.

Following the filing of the SEC Complaint, Decision Diagnostics' common share price fell $0.06 per share, or 60%, to close at $0.04 per share on December 18, 2020.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomerantzlaw.com

**CONTACT:**

Robert S. Willoughby

Pomerantz LLP

rswilloughby@pomlaw.com

888-476-6529 ext. 7980

SOURCE Pomerantz LLP

Related Links

www.pomerantzlaw.com