# EXHIBIT 2

## CERTIFICATION

Ephraim Mashkabov ("Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against Decision Diagnostics Corp. ("Decision Diagnostics") and its current and/or former officers.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      Plaintiff has reviewed a complaint against Decision Diagnostics and retained The Rosen Law Firm, P.A. and authorizes it to file a Lead Plaintiff motion on his behalf.

2.      Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales Plaintiff has made in Decision Diagnostics securities during the Class Period set forth in the complaint. Plaintiff has made no transactions during the Class Period in the securities that are the subject of this lawsuit except those set forth here:

See Schedule A

5.      Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies):

6.      Plaintiff will not accept any payment for serving as a representative party beyond his pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _3/16/2021_____

DocuSigned by:

_____
CB9433FC33CC42B...
Ephraim Mashkabov

# SCHEDULE A

## DAVID MEIROV (ASSIGNED)

### CLASS PERIOD TRANSACTIONS

| | PURCHASES | | | SALES | |
|---|---|---|---|---|---|
| **DATE** | **SHARES** | **PRICE** | **DATE** | **SHARES** | **PRICE** |
| 3/12/2020 | 33,223 | ($0.09) | 4/23/2020 | 1,942 | $0.24 |
| 3/12/2020 | 797,999 | ($0.09) | 4/23/2020 | 7,949 | $0.24 |
| 3/12/2020 | 50,000 | ($0.09) | 4/23/2020 | 70,280 | $0.25 |
| 3/12/2020 | 10,000 | ($0.09) | 4/23/2020 | 100 | $0.24 |
| 3/12/2020 | 10,000 | ($0.09) | 4/23/2020 | 12,500 | $0.25 |
| 3/12/2020 | 10,000 | ($0.09) | 4/23/2020 | 14,100 | $0.23 |
| 3/12/2020 | 2,500 | ($0.09) | 4/23/2020 | 1,316 | $0.23 |
| 3/12/2020 | 10,000 | ($0.09) | 4/23/2020 | 74,704 | $0.24 |
| 3/12/2020 | 10,000 | ($0.09) | 4/23/2020 | 185,000 | $0.23 |
| 3/12/2020 | 26,000 | ($0.09) | 4/23/2020 | 21,420 | $0.24 |
| 3/12/2020 | 20,000 | ($0.09) | 4/23/2020 | 50,000 | $0.23 |
| 3/12/2020 | 40,000 | ($0.09) | 4/23/2020 | 13,376 | $0.24 |
| 3/12/2020 | 10,000 | ($0.09) | 4/23/2020 | 105,500 | $0.23 |
| 3/12/2020 | 3,500 | ($0.09) | 4/23/2020 | 5,404 | $0.24 |
| 3/13/2020 | 37,554 | ($0.08) | 4/23/2020 | 4,000 | $0.24 |
| 3/13/2020 | 50,000 | ($0.08) | 4/23/2020 | 4,600 | $0.24 |
| 3/13/2020 | 25,000 | ($0.08) | 4/23/2020 | 21,666 | $0.22 |
| 3/13/2020 | 1,740 | ($0.08) | 4/23/2020 | 32,200 | $0.22 |
| 3/13/2020 | 50,000 | ($0.08) | 4/23/2020 | 5,000 | $0.24 |
| 3/13/2020 | 50,000 | ($0.08) | 4/23/2020 | 26,000 | $0.23 |
| 3/13/2020 | 10,000 | ($0.08) | 4/23/2020 | 29,100 | $0.22 |
| 3/13/2020 | 2,500 | ($0.08) | 4/23/2020 | 13,000 | $0.23 |
| 3/13/2020 | 250,000 | ($0.08) | 4/23/2020 | 15,734 | $0.23 |
| 3/13/2020 | 2,500 | ($0.08) | 4/23/2020 | 2,500 | $0.22 |
| 3/13/2020 | 2,706 | ($0.08) | 4/23/2020 | 6,099 | $0.22 |
| 3/13/2020 | 100,000 | ($0.08) | 4/23/2020 | 77,989 | $0.23 |
| 3/13/2020 | 2,500 | ($0.08) | 4/23/2020 | 12,300 | $0.22 |
| 3/13/2020 | 100,000 | ($0.08) | 4/23/2020 | 90,955 | $0.22 |
| 3/13/2020 | 10,000 | ($0.08) | 4/23/2020 | 6,911 | $0.22 |
| 3/13/2020 | 3,000 | ($0.08) | 4/23/2020 | 119,248 | $0.22 |
| 3/13/2020 | 2,500 | ($0.08) | 4/23/2020 | 2,500 | $0.24 |
| 4/23/2020 | 1,206 | ($0.32) | 4/23/2020 | 2,500 | $0.22 |

1

DocuSign Envelope ID: 6E5C2C99-5338-4637-B64F-9F4G52242ABE

| | | | | | |
|---|---|---|---|---|---|
| 4/23/2020 | 1,000 | ($0.32) | 4/23/2020 | 50,000 | $0.22 |
| 4/23/2020 | 8,390 | ($0.32) | 4/23/2020 | 12,672 | $0.22 |
| 4/23/2020 | 21,085 | ($0.31) | 4/23/2020 | 8,421 | $0.24 |
| 4/23/2020 | 1,000 | ($0.30) | 4/23/2020 | 31,200 | $0.26 |
| 4/23/2020 | 1,000 | ($0.30) | 4/23/2020 | 2,000 | $0.24 |
| 4/23/2020 | 4,000 | ($0.30) | 4/23/2020 | 20,000 | $0.24 |
| 4/23/2020 | 1,940 | ($0.30) | 4/23/2020 | 100 | $0.25 |
| 4/23/2020 | 56,100 | ($0.30) | 4/23/2020 | 1,000 | $0.24 |
| 4/23/2020 | 2,500 | ($0.30) | 4/23/2020 | 50,000 | $0.25 |
| 4/23/2020 | 15,100 | ($0.30) | 4/23/2020 | 3,349 | $0.25 |
| 4/23/2020 | 400 | ($0.30) | 4/23/2020 | 13,351 | $0.25 |
| 4/23/2020 | 12,200 | ($0.30) | 4/23/2020 | 1,000 | $0.24 |
| 4/23/2020 | 6,200 | ($0.30) | 4/23/2020 | 1,200 | $0.25 |
| 4/23/2020 | 2,500 | ($0.30) | 4/23/2020 | 2,500 | $0.25 |
| 4/23/2020 | 5,700 | ($0.30) | 4/23/2020 | 10,000 | $0.25 |
| 4/23/2020 | 14,000 | ($0.30) | 4/23/2020 | 951 | $0.25 |
| 4/23/2020 | 25,000 | ($0.30) | 4/23/2020 | 10,000 | $0.25 |
| 4/23/2020 | 7,000 | ($0.30) | 4/23/2020 | 7,500 | $0.26 |
| 4/23/2020 | 3,000 | ($0.30) | 4/23/2020 | 1,000 | $0.25 |
| 4/23/2020 | 2,500 | ($0.28) | 4/23/2020 | 54,010 | $0.28 |
| 4/23/2020 | 14,674 | ($0.29) | 4/23/2020 | 8,049 | $0.25 |
| 4/23/2020 | 18,537 | ($0.28) | 4/23/2020 | 30 | $0.25 |
| 4/23/2020 | 10,000 | ($0.29) | 4/23/2020 | 1,000 | $0.25 |
| 4/23/2020 | 2,500 | ($0.28) | 4/23/2020 | 8,550 | $0.26 |
| 4/23/2020 | 10,551 | ($0.28) | 4/23/2020 | 2,000 | $0.25 |
| 4/23/2020 | 10,000 | ($0.29) | 4/23/2020 | 10,000 | $0.26 |
| 4/23/2020 | 4,832 | ($0.35) | 4/23/2020 | 17,809 | $0.26 |
| 4/23/2020 | 139,852 | ($0.35) | 4/23/2020 | 7,000 | $0.26 |
| 4/23/2020 | 42,790 | ($0.35) | 4/23/2020 | 2,500 | $0.26 |
| 4/23/2020 | 2,000 | ($0.35) | 4/23/2020 | 7,500 | $0.26 |
| 4/23/2020 | 416 | ($0.35) | 4/23/2020 | 1,000 | $0.26 |
| 4/23/2020 | 2,000 | ($0.35) | 4/23/2020 | 2,500 | $0.26 |
| 4/23/2020 | 2,500 | ($0.35) | 4/23/2020 | 5,806 | $0.26 |
| 4/23/2020 | 3,400 | ($0.35) | 4/23/2020 | 24,490 | $0.26 |
| 4/23/2020 | 2,500 | ($0.35) | 4/23/2020 | 1,300 | $0.26 |
| 4/23/2020 | 2,742 | ($0.35) | 4/23/2020 | 1,500 | $0.26 |
| 4/23/2020 | 2,500 | ($0.35) | 4/23/2020 | 300 | $0.26 |
| 4/23/2020 | 4,198 | ($0.35) | 4/23/2020 | 500 | $0.26 |
| 4/23/2020 | 7,500 | ($0.35) | 4/23/2020 | 12,100 | $0.26 |
| 4/23/2020 | 7,205 | ($0.35) | 4/23/2020 | 100 | $0.26 |
| 4/23/2020 | 12,004 | ($0.35) | 4/23/2020 | 200 | $0.26 |

DocuSign Envelope ID: 6E5C2C99-E338-4627-B64F-9E1C52242ABE

| | | | | | |
|---|---|---|---|---|---|
| 4/23/2020 | 25,000 | ($0.35) | 4/23/2020 | 100 | $0.26 |
| 4/23/2020 | 25,000 | ($0.35) | 4/23/2020 | 1,000 | $0.26 |
| 4/23/2020 | 2,500 | ($0.35) | 4/23/2020 | 46,772 | $0.26 |
| 4/23/2020 | 7,500 | ($0.35) | 4/23/2020 | 10,000 | $0.26 |
| 4/23/2020 | 2,500 | ($0.35) | 4/23/2020 | 809 | $0.26 |
| 4/23/2020 | 2,500 | ($0.35) | 4/23/2020 | 45,800 | $0.28 |
| 4/23/2020 | 3,205 | ($0.35) | 4/23/2020 | 29,200 | $0.30 |
| 4/23/2020 | 10,000 | ($0.35) | 4/23/2020 | 5,000 | $0.28 |
| 4/23/2020 | 12,500 | ($0.35) | 4/23/2020 | 2,800 | $0.29 |
| 4/23/2020 | 5,000 | ($0.35) | 4/23/2020 | 5,000 | $0.30 |
| 4/23/2020 | 1,000 | ($0.35) | 4/23/2020 | 33,038 | $0.30 |
| 4/23/2020 | 2,850 | ($0.35) | 4/23/2020 | 100 | $0.30 |
| 4/23/2020 | 7,205 | ($0.35) | 4/23/2020 | 1,860 | $0.30 |
| 4/23/2020 | 7,500 | ($0.35) | 4/23/2020 | 33,296 | $0.30 |
| 4/23/2020 | 100 | ($0.35) | 4/23/2020 | 5,498 | $0.33 |
| 4/23/2020 | 200 | ($0.35) | 4/23/2020 | 420 | $0.32 |
| 4/23/2020 | 1,010 | ($0.35) | 4/23/2020 | 250 | $0.36 |
| 4/23/2020 | 1,400 | ($0.35) | 4/23/2020 | 14,600 | $0.36 |
| 4/23/2020 | 1,500 | ($0.35) | 4/23/2020 | 30,000 | $0.37 |
| 4/23/2020 | 4,545 | ($0.35) | 4/23/2020 | 16,084 | $0.37 |
| 4/23/2020 | 6,200 | ($0.35) | 4/23/2020 | 1,000 | $0.38 |
| 4/23/2020 | 10,000 | ($0.35) | 4/23/2020 | 6,100 | $0.38 |
| 4/23/2020 | 20,382 | ($0.35) | 4/23/2020 | 1,500 | $0.38 |
| 4/23/2020 | 32,500 | ($0.35) | 4/23/2020 | 13 | $0.38 |
| 4/23/2020 | 2,500 | ($0.35) | 4/23/2020 | 3,000 | $0.38 |
| 4/23/2020 | 380 | ($0.35) | 4/23/2020 | 1,000 | $0.38 |
| 4/23/2020 | 2,500 | ($0.35) | 4/23/2020 | 500 | $0.38 |
| 4/23/2020 | 7,302 | ($0.35) | 4/23/2020 | 2,000 | $0.38 |
| 4/23/2020 | 7,205 | ($0.35) | 4/23/2020 | 1,000 | $0.38 |
| 4/23/2020 | 7,500 | ($0.35) | 4/23/2020 | 8,701 | $0.38 |
| 4/23/2020 | 12,985 | ($0.35) | | | |
| 4/23/2020 | 2,500 | ($0.35) | | | |
| 4/23/2020 | 2,499 | ($0.35) | | | |
| 4/23/2020 | 2,500 | ($0.35) | | | |
| 4/23/2020 | 7,500 | ($0.35) | | | |
| 4/23/2020 | 7,205 | ($0.35) | | | |
| 4/23/2020 | 7,500 | ($0.35) | | | |
| 4/23/2020 | 2,500 | ($0.35) | | | |
| 4/23/2020 | 5,000 | ($0.35) | | | |
| 4/23/2020 | 2,500 | ($0.35) | | | |
| 4/23/2020 | 2,500 | ($0.35) | | | |

3

| 4/23/2020 | 7,500 | ($0.35) |
|---|---|---|
| 4/23/2020 | 7,205 | ($0.35) |
| 4/23/2020 | 7,500 | ($0.35) |
| 4/23/2020 | 295 | ($0.35) |
| 4/23/2020 | 2,500 | ($0.35) |
| 4/23/2020 | 1,000 | ($0.35) |
| 4/23/2020 | 1,445 | ($0.35) |
| 4/23/2020 | 7,500 | ($0.35) |
| 4/23/2020 | 295 | ($0.35) |
| 4/23/2020 | 7,205 | ($0.35) |
| 4/23/2020 | 6,500 | ($0.35) |
| 4/23/2020 | 2,500 | ($0.35) |
| 4/23/2020 | 7,500 | ($0.35) |
| 4/23/2020 | 2,500 | ($0.35) |
| 4/23/2020 | 2,500 | ($0.35) |
| 4/23/2020 | 1,000 | ($0.35) |
| 4/23/2020 | 295 | ($0.35) |
| 4/23/2020 | 7,205 | ($0.35) |
| 4/23/2020 | 2,500 | ($0.35) |
| 4/23/2020 | 7,500 | ($0.35) |
| 4/23/2020 | 2,500 | ($0.35) |
| 4/23/2020 | 1,200 | ($0.35) |
| 4/23/2020 | 100 | ($0.35) |
| 4/23/2020 | 250 | ($0.35) |
| 4/23/2020 | 500 | ($0.35) |
| 4/23/2020 | 1,000 | ($0.35) |
| 4/23/2020 | 1,184 | ($0.35) |
| 4/23/2020 | 2,500 | ($0.35) |
| 4/23/2020 | 2,500 | ($0.35) |
| 4/23/2020 | 4,442 | ($0.35) |
| 4/23/2020 | 4,999 | ($0.35) |
| 4/23/2020 | 7,000 | ($0.35) |
| 4/23/2020 | 9,000 | ($0.35) |
| 4/23/2020 | 10,000 | ($0.35) |
| 4/23/2020 | 12,921 | ($0.35) |
| 4/23/2020 | 42,648 | ($0.35) |
| 4/23/2020 | 142,786 | ($0.36) |
| 4/23/2020 | 48,000 | ($0.36) |
| 4/23/2020 | 48,500 | ($0.36) |
| 4/23/2020 | 500 | ($0.36) |
| 4/23/2020 | 1,000 | ($0.36) |

4

DocuSign Envelope ID: 6E5C2C99-5338-4637-B64F-0F1C52242ABE

| | | |
|---|---|---|
| 4/23/2020 | 48,500 | ($0.36) |
| 4/23/2020 | 2,500 | ($0.36) |
| 4/23/2020 | 1,000 | ($0.36) |
| 4/23/2020 | 5,412 | ($0.36) |
| 4/23/2020 | 5,500 | ($0.36) |
| 4/23/2020 | 3,600 | ($0.45) |

**RIVKA MIEROV (ASSIGNED)**

CLASS PERIOD TRANSACTIONS

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| **DATE** | **SHARES** | **PRICE** | **DATE** | **SHARES** | **PRICE** |
| 3/18/2020 | 58,000 | ($0.1781) | | | |
| 3/18/2020 | 1,200,000 | ($0.1925) | | | |
| 4/23/2020 | 2,000 | ($0.4345) | | | |

6