# EXHIBIT 3

**Decision Diagnostics Corp. Loss Chart**
**Class Period: March 3, 2020 through December 17, 2020**

| | | | | | | | | | | | | Lookback Price |
| | | | | | | | | | | | | $0.02 |
| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David Meirov | 3/12/2020 | 33,223 | ($0.09) | ($2,990.07) | 4/23/2020 | 1,942 | $0.24 | $466.08 | | | | |
| | 3/12/2020 | 797,999 | ($0.09) | ($71,819.91) | 4/23/2020 | 7,949 | $0.24 | $1,907.76 | | | | |
| | 3/12/2020 | 50,000 | ($0.09) | ($4,500.00) | 4/23/2020 | 70,280 | $0.25 | $17,570.00 | | | | |
| | 3/12/2020 | 10,000 | ($0.09) | ($900.00) | 4/23/2020 | 100 | $0.24 | $24.00 | | | | |
| | 3/12/2020 | 10,000 | ($0.09) | ($900.00) | 4/23/2020 | 12,500 | $0.25 | $3,125.00 | | | | |
| | 3/12/2020 | 10,000 | ($0.09) | ($900.00) | 4/23/2020 | 14,100 | $0.23 | $3,243.00 | | | | |
| | 3/12/2020 | 2,500 | ($0.09) | ($225.00) | 4/23/2020 | 1,316 | $0.23 | $302.68 | | | | |
| | 3/12/2020 | 10,000 | ($0.09) | ($900.00) | 4/23/2020 | 74,704 | $0.24 | $17,928.96 | | | | |
| | 3/12/2020 | 10,000 | ($0.09) | ($900.00) | 4/23/2020 | 185,000 | $0.23 | $42,550.00 | | | | |
| | 3/12/2020 | 26,000 | ($0.09) | ($2,340.00) | 4/23/2020 | 21,420 | $0.24 | $5,140.80 | | | | |
| | 3/12/2020 | 20,000 | ($0.09) | ($1,800.00) | 4/23/2020 | 50,000 | $0.23 | $11,500.00 | | | | |
| | 3/12/2020 | 40,000 | ($0.09) | ($3,600.00) | 4/23/2020 | 13,376 | $0.24 | $3,210.24 | | | | |
| | 3/12/2020 | 10,000 | ($0.09) | ($900.00) | 4/23/2020 | 105,500 | $0.23 | $24,265.00 | | | | |
| | 3/12/2020 | 3,500 | ($0.09) | ($315.00) | 4/23/2020 | 5,404 | $0.24 | $1,296.96 | | | | |
| | 3/13/2020 | 37,554 | ($0.08) | ($3,004.32) | 4/23/2020 | 4,000 | $0.24 | $960.00 | | | | |
| | 3/13/2020 | 50,000 | ($0.08) | ($4,000.00) | 4/23/2020 | 4,600 | $0.24 | $1,104.00 | | | | |
| | 3/13/2020 | 25,000 | ($0.08) | ($2,000.00) | 4/23/2020 | 21,666 | $0.22 | $4,766.52 | | | | |
| | 3/13/2020 | 1,740 | ($0.08) | ($139.20) | 4/23/2020 | 32,200 | $0.22 | $7,084.00 | | | | |
| | 3/13/2020 | 50,000 | ($0.08) | ($4,000.00) | 4/23/2020 | 5,000 | $0.24 | $1,200.00 | | | | |
| | 3/13/2020 | 50,000 | ($0.08) | ($4,000.00) | 4/23/2020 | 26,000 | $0.23 | $5,980.00 | | | | |
| | 3/13/2020 | 10,000 | ($0.08) | ($800.00) | 4/23/2020 | 29,100 | $0.22 | $6,402.00 | | | | |
| | 3/13/2020 | 2,500 | ($0.08) | ($200.00) | 4/23/2020 | 13,000 | $0.23 | $2,990.00 | | | | |
| | 3/13/2020 | 250,000 | ($0.08) | ($20,000.00) | 4/23/2020 | 15,734 | $0.23 | $3,618.82 | | | | |
| | 3/13/2020 | 2,500 | ($0.08) | ($200.00) | 4/23/2020 | 2,500 | $0.22 | $550.00 | | | | |
| | 3/13/2020 | 2,706 | ($0.08) | ($216.48) | 4/23/2020 | 6,099 | $0.22 | $1,341.78 | | | | |
| | 3/13/2020 | 100,000 | ($0.08) | ($8,000.00) | 4/23/2020 | 77,989 | $0.23 | $17,937.47 | | | | |
| | 3/13/2020 | 2,500 | ($0.08) | ($200.00) | 4/23/2020 | 12,300 | $0.22 | $2,706.00 | | | | |
| | 3/13/2020 | 100,000 | ($0.08) | ($8,000.00) | 4/23/2020 | 90,955 | $0.22 | $20,010.10 | | | | |
| | 3/13/2020 | 10,000 | ($0.08) | ($800.00) | 4/23/2020 | 6,911 | $0.22 | $1,520.42 | | | | |
| | 3/13/2020 | 3,000 | ($0.08) | ($240.00) | 4/23/2020 | 119,248 | $0.22 | $26,234.56 | | | | |
| | 3/13/2020 | 2,500 | ($0.08) | ($200.00) | 4/23/2020 | 2,500 | $0.24 | $600.00 | | | | |
| | 4/23/2020 | 1,206 | ($0.32) | ($385.92) | 4/23/2020 | 2,500 | $0.22 | $550.00 | | | | |
| | 4/23/2020 | 1,000 | ($0.32) | ($320.00) | 4/23/2020 | 50,000 | $0.22 | $11,000.00 | | | | |
| | 4/23/2020 | 8,390 | ($0.32) | ($2,684.80) | 4/23/2020 | 12,672 | $0.22 | $2,787.84 | | | | |
| | 4/23/2020 | 21,085 | ($0.31) | ($6,536.35) | 4/23/2020 | 8,421 | $0.24 | $2,021.04 | | | | |
| | 4/23/2020 | 1,000 | ($0.30) | ($300.00) | 4/23/2020 | 31,200 | $0.26 | $8,112.00 | | | | |
| | 4/23/2020 | 1,000 | ($0.30) | ($300.00) | 4/23/2020 | 2,000 | $0.24 | $480.00 | | | | |
| | 4/23/2020 | 4,000 | ($0.30) | ($1,200.00) | 4/23/2020 | 20,000 | $0.24 | $4,800.00 | | | | |
| | 4/23/2020 | 1,940 | ($0.30) | ($582.00) | 4/23/2020 | 100 | $0.25 | $25.00 | | | | |
| | 4/23/2020 | 56,100 | ($0.30) | ($16,830.00) | 4/23/2020 | 1,000 | $0.24 | $240.00 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/23/2020 | 2,500 | ($0.30) | ($750.00) | 4/23/2020 | 50,000 | $0.25 | $12,500.00 |
| 4/23/2020 | 15,100 | ($0.30) | ($4,530.00) | 4/23/2020 | 3,349 | $0.25 | $837.25 |
| 4/23/2020 | 400 | ($0.30) | ($120.00) | 4/23/2020 | 13,351 | $0.25 | $3,337.75 |
| 4/23/2020 | 12,200 | ($0.30) | ($3,660.00) | 4/23/2020 | 1,000 | $0.24 | $240.00 |
| 4/23/2020 | 6,200 | ($0.30) | ($1,860.00) | 4/23/2020 | 1,200 | $0.25 | $300.00 |
| 4/23/2020 | 2,500 | ($0.30) | ($750.00) | 4/23/2020 | 2,500 | $0.25 | $625.00 |
| 4/23/2020 | 5,700 | ($0.30) | ($1,710.00) | 4/23/2020 | 10,000 | $0.25 | $2,500.00 |
| 4/23/2020 | 14,000 | ($0.30) | ($4,200.00) | 4/23/2020 | 951 | $0.25 | $237.75 |
| 4/23/2020 | 25,000 | ($0.30) | ($7,500.00) | 4/23/2020 | 10,000 | $0.25 | $2,500.00 |
| 4/23/2020 | 7,000 | ($0.30) | ($2,100.00) | 4/23/2020 | 7,500 | $0.26 | $1,950.00 |
| 4/23/2020 | 3,000 | ($0.30) | ($900.00) | 4/23/2020 | 1,000 | $0.25 | $250.00 |
| 4/23/2020 | 2,500 | ($0.28) | ($700.00) | 4/23/2020 | 54,010 | $0.28 | $15,122.80 |
| 4/23/2020 | 14,674 | ($0.29) | ($4,255.46) | 4/23/2020 | 8,049 | $0.25 | $2,012.25 |
| 4/23/2020 | 18,537 | ($0.28) | ($5,190.36) | 4/23/2020 | 30 | $0.25 | $7.50 |
| 4/23/2020 | 10,000 | ($0.29) | ($2,900.00) | 4/23/2020 | 1,000 | $0.25 | $250.00 |
| 4/23/2020 | 2,500 | ($0.28) | ($700.00) | 4/23/2020 | 8,550 | $0.26 | $2,223.00 |
| 4/23/2020 | 10,551 | ($0.28) | ($2,954.28) | 4/23/2020 | 2,000 | $0.25 | $500.00 |
| 4/23/2020 | 10,000 | ($0.29) | ($2,900.00) | 4/23/2020 | 10,000 | $0.26 | $2,600.00 |
| 4/23/2020 | 4,832 | ($0.35) | ($1,691.20) | 4/23/2020 | 17,809 | $0.26 | $4,630.34 |
| 4/23/2020 | 139,852 | ($0.35) | ($48,948.20) | 4/23/2020 | 7,000 | $0.26 | $1,820.00 |
| 4/23/2020 | 42,790 | ($0.35) | ($14,976.50) | 4/23/2020 | 2,500 | $0.26 | $650.00 |
| 4/23/2020 | 2,000 | ($0.35) | ($700.00) | 4/23/2020 | 7,500 | $0.26 | $1,950.00 |
| 4/23/2020 | 416 | ($0.35) | ($145.60) | 4/23/2020 | 1,000 | $0.26 | $260.00 |
| 4/23/2020 | 2,000 | ($0.35) | ($700.00) | 4/23/2020 | 2,500 | $0.26 | $650.00 |
| 4/23/2020 | 2,500 | ($0.35) | ($875.00) | 4/23/2020 | 5,806 | $0.26 | $1,509.56 |
| 4/23/2020 | 3,400 | ($0.35) | ($1,190.00) | 4/23/2020 | 24,490 | $0.26 | $6,367.40 |
| 4/23/2020 | 2,500 | ($0.35) | ($875.00) | 4/23/2020 | 1,300 | $0.26 | $338.00 |
| 4/23/2020 | 2,742 | ($0.35) | ($959.70) | 4/23/2020 | 1,500 | $0.26 | $390.00 |
| 4/23/2020 | 2,500 | ($0.35) | ($875.00) | 4/23/2020 | 300 | $0.26 | $78.00 |
| 4/23/2020 | 4,198 | ($0.35) | ($1,469.30) | 4/23/2020 | 500 | $0.26 | $130.00 |
| 4/23/2020 | 7,500 | ($0.35) | ($2,625.00) | 4/23/2020 | 12,100 | $0.26 | $3,146.00 |
| 4/23/2020 | 7,205 | ($0.35) | ($2,521.75) | 4/23/2020 | 100 | $0.26 | $26.00 |
| 4/23/2020 | 12,004 | ($0.35) | ($4,201.40) | 4/23/2020 | 200 | $0.26 | $52.00 |
| 4/23/2020 | 25,000 | ($0.35) | ($8,750.00) | 4/23/2020 | 100 | $0.26 | $26.00 |
| 4/23/2020 | 25,000 | ($0.35) | ($8,750.00) | 4/23/2020 | 1,000 | $0.26 | $260.00 |
| 4/23/2020 | 2,500 | ($0.35) | ($875.00) | 4/23/2020 | 46,772 | $0.26 | $12,160.72 |
| 4/23/2020 | 7,500 | ($0.35) | ($2,625.00) | 4/23/2020 | 10,000 | $0.26 | $2,600.00 |
| 4/23/2020 | 2,500 | ($0.35) | ($875.00) | 4/23/2020 | 809 | $0.26 | $210.34 |
| 4/23/2020 | 2,500 | ($0.35) | ($875.00) | 4/23/2020 | 45,800 | $0.28 | $12,824.00 |
| 4/23/2020 | 3,205 | ($0.35) | ($1,121.75) | 4/23/2020 | 29,200 | $0.30 | $8,760.00 |
| 4/23/2020 | 10,000 | ($0.35) | ($3,500.00) | 4/23/2020 | 5,000 | $0.28 | $1,400.00 |
| 4/23/2020 | 12,500 | ($0.35) | ($4,375.00) | 4/23/2020 | 2,800 | $0.29 | $812.00 |
| 4/23/2020 | 5,000 | ($0.35) | ($1,750.00) | 4/23/2020 | 5,000 | $0.30 | $1,500.00 |
| 4/23/2020 | 1,000 | ($0.35) | ($350.00) | 4/23/2020 | 33,038 | $0.30 | $9,911.40 |
| 4/23/2020 | 2,850 | ($0.35) | ($997.50) | 4/23/2020 | 100 | $0.30 | $30.00 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 4/23/2020 | 7,205 | ($0.35) | ($2,521.75) | 4/23/2020 | 1,860 | $0.30 | $558.00 |
| 4/23/2020 | 7,500 | ($0.35) | ($2,625.00) | 4/23/2020 | 33,296 | $0.30 | $9,988.80 |
| 4/23/2020 | 100 | ($0.35) | ($35.00) | 4/23/2020 | 5,498 | $0.33 | $1,814.34 |
| 4/23/2020 | 200 | ($0.35) | ($70.00) | 4/23/2020 | 420 | $0.32 | $134.40 |
| 4/23/2020 | 1,010 | ($0.35) | ($353.50) | 4/23/2020 | 250 | $0.36 | $90.00 |
| 4/23/2020 | 1,400 | ($0.35) | ($490.00) | 4/23/2020 | 14,600 | $0.36 | $5,256.00 |
| 4/23/2020 | 1,500 | ($0.35) | ($525.00) | 4/23/2020 | 30,000 | $0.37 | $11,100.00 |
| 4/23/2020 | 4,545 | ($0.35) | ($1,590.75) | 4/23/2020 | 16,084 | $0.37 | $5,951.08 |
| 4/23/2020 | 6,200 | ($0.35) | ($2,170.00) | 4/23/2020 | 1,000 | $0.38 | $380.00 |
| 4/23/2020 | 10,000 | ($0.35) | ($3,500.00) | 4/23/2020 | 6,100 | $0.38 | $2,318.00 |
| 4/23/2020 | 20,382 | ($0.35) | ($7,133.70) | 4/23/2020 | 1,500 | $0.38 | $570.00 |
| 4/23/2020 | 32,500 | ($0.35) | ($11,375.00) | 4/23/2020 | 13 | $0.38 | $4.94 |
| 4/23/2020 | 2,500 | ($0.35) | ($875.00) | 4/23/2020 | 3,000 | $0.38 | $1,140.00 |
| 4/23/2020 | 380 | ($0.35) | ($133.00) | 4/23/2020 | 1,000 | $0.38 | $380.00 |
| 4/23/2020 | 2,500 | ($0.35) | ($875.00) | 4/23/2020 | 500 | $0.38 | $190.00 |
| 4/23/2020 | 7,302 | ($0.35) | ($2,555.70) | 4/23/2020 | 2,000 | $0.38 | $760.00 |
| 4/23/2020 | 7,205 | ($0.35) | ($2,521.75) | 4/23/2020 | 1,000 | $0.38 | $380.00 |
| 4/23/2020 | 7,500 | ($0.35) | ($2,625.00) | 4/23/2020 | 8,701 | $0.38 | $3,306.38 |
| 4/23/2020 | 12,985 | ($0.35) | ($4,544.75) | | | | |
| 4/23/2020 | 2,500 | ($0.35) | ($875.00) | | | | |
| 4/23/2020 | 2,499 | ($0.35) | ($874.65) | | | | |
| 4/23/2020 | 2,500 | ($0.35) | ($875.00) | | | | |
| 4/23/2020 | 7,500 | ($0.35) | ($2,625.00) | | | | |
| 4/23/2020 | 7,205 | ($0.35) | ($2,521.75) | | | | |
| 4/23/2020 | 7,500 | ($0.35) | ($2,625.00) | | | | |
| 4/23/2020 | 2,500 | ($0.35) | ($875.00) | | | | |
| 4/23/2020 | 5,000 | ($0.35) | ($1,750.00) | | | | |
| 4/23/2020 | 2,500 | ($0.35) | ($875.00) | | | | |
| 4/23/2020 | 2,500 | ($0.35) | ($875.00) | | | | |
| 4/23/2020 | 7,500 | ($0.35) | ($2,625.00) | | | | |
| 4/23/2020 | 7,205 | ($0.35) | ($2,521.75) | | | | |
| 4/23/2020 | 7,500 | ($0.35) | ($2,625.00) | | | | |
| 4/23/2020 | 295 | ($0.35) | ($103.25) | | | | |
| 4/23/2020 | 2,500 | ($0.35) | ($875.00) | | | | |
| 4/23/2020 | 1,000 | ($0.35) | ($350.00) | | | | |
| 4/23/2020 | 1,445 | ($0.35) | ($505.75) | | | | |
| 4/23/2020 | 7,500 | ($0.35) | ($2,625.00) | | | | |
| 4/23/2020 | 295 | ($0.35) | ($103.25) | | | | |
| 4/23/2020 | 7,205 | ($0.35) | ($2,521.75) | | | | |
| 4/23/2020 | 6,500 | ($0.35) | ($2,275.00) | | | | |
| 4/23/2020 | 2,500 | ($0.35) | ($875.00) | | | | |
| 4/23/2020 | 7,500 | ($0.35) | ($2,625.00) | | | | |
| 4/23/2020 | 2,500 | ($0.35) | ($875.00) | | | | |
| 4/23/2020 | 2,500 | ($0.35) | ($875.00) | | | | |
| 4/23/2020 | 1,000 | ($0.35) | ($350.00) | | | | |

| | 4/23/2020 | 295 | ($0.35) | ($103.25) | | | | | |
| | 4/23/2020 | 7,205 | ($0.35) | ($2,521.75) | | | | | |
| | 4/23/2020 | 2,500 | ($0.35) | ($875.00) | | | | | |
| | 4/23/2020 | 7,500 | ($0.35) | ($2,625.00) | | | | | |
| | 4/23/2020 | 2,500 | ($0.35) | ($875.00) | | | | | |
| | 4/23/2020 | 1,200 | ($0.35) | ($420.00) | | | | | |
| | 4/23/2020 | 100 | ($0.35) | ($35.00) | | | | | |
| | 4/23/2020 | 250 | ($0.35) | ($87.50) | | | | | |
| | 4/23/2020 | 500 | ($0.35) | ($175.00) | | | | | |
| | 4/23/2020 | 1,000 | ($0.35) | ($350.00) | | | | | |
| | 4/23/2020 | 1,184 | ($0.35) | ($414.40) | | | | | |
| | 4/23/2020 | 2,500 | ($0.35) | ($875.00) | | | | | |
| | 4/23/2020 | 2,500 | ($0.35) | ($875.00) | | | | | |
| | 4/23/2020 | 4,442 | ($0.35) | ($1,554.70) | | | | | |
| | 4/23/2020 | 4,999 | ($0.35) | ($1,749.65) | | | | | |
| | 4/23/2020 | 7,000 | ($0.35) | ($2,450.00) | | | | | |
| | 4/23/2020 | 9,000 | ($0.35) | ($3,150.00) | | | | | |
| | 4/23/2020 | 10,000 | ($0.35) | ($3,500.00) | | | | | |
| | 4/23/2020 | 12,921 | ($0.35) | ($4,522.35) | | | | | |
| | 4/23/2020 | 42,648 | ($0.35) | ($14,926.80) | | | | | |
| | 4/23/2020 | 142,786 | ($0.36) | ($51,402.96) | | | | | |
| | 4/23/2020 | 48,000 | ($0.36) | ($17,280.00) | | | | | |
| | 4/23/2020 | 48,500 | ($0.36) | ($17,460.00) | | | | | |
| | 4/23/2020 | 500 | ($0.36) | ($180.00) | | | | | |
| | 4/23/2020 | 1,000 | ($0.36) | ($360.00) | | | | | |
| | 4/23/2020 | 48,500 | ($0.36) | ($17,460.00) | | | | | |
| | 4/23/2020 | 2,500 | ($0.36) | ($900.00) | | | | | |
| | 4/23/2020 | 1,000 | ($0.36) | ($360.00) | | | | | |
| | 4/23/2020 | 5,412 | ($0.36) | ($1,948.32) | | | | | |
| | 4/23/2020 | 5,500 | ($0.36) | ($1,980.00) | | | | | |
| | 4/23/2020 | 3,600 | ($0.45) | ($1,620.00) | | | | | |
| | | 2,994,904 | | ($580,465.78) | 1,736,822 | $432,359.03 | 1,258,082 | $29,554.23 | ($118,552.52) |
| | | | | | | | | | |
| Rivka Mierov | 3/18/2020 | 58,000 | ($0.18) | ($10,329.80) | | | | | |
| | 3/18/2020 | 1,200,000 | ($0.19) | ($231,000.00) | | | | | |
| | 4/23/2020 | 2,000 | ($0.43) | ($868.90) | | | | | |
| | | 1,260,000 | | ($242,198.70) | | | 1,260,000 | $29,599.29 | ($212,599.41) |
| | | | | | | | | | |
| **TOTAL** | | **4,254,904** | | **($822,664.48)** | **1,736,822** | **$432,359.03** | **2,518,082** | **$59,153.52** | **($331,151.93)** |