# EXHIBIT 5

## ASSIGNMENT

Rivka Mierov, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to Ephraim Mashkabov all rights, title, ownership and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations of the U.S. federal securities laws in connection with the Assignor's purchases of the securities of Decision Diagnostics Corp. Further, the Assignor hereby appoints Ephraim Mashkabov as her true and lawful attorney-in-fact for the purpose of exercising all owners relating to such causes of action.

Ephraim Mashkabov has agreed to remit any proceeds received as a result of this Assignment to the Assignor.

This Assignment may not be revoked without the written consent of Ephraim Mashkabov.

This assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

Executed on ____3/16/2021____.

DocuSigned by:

_____
76E541ABCFDC4BC...
Rivka Mierov