POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movants*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SANCHEZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN, <br><br> Defendants. | Case No. 2:21-cv-00418-JAK-JPR <br><br> NOTICE OF MOTION OF ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF COUNSEL <br><br> DATE:  July 5, 2021 <br> TIME:  8:30 a.m. <br> JUDGE:  John A. Kronstadt <br> CTRM:  10B (1st Street Courthouse) |

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Anthony Sanchez and Thomas Tossavainen (together, "Movants"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, and Rule 42 of the Federal Rules of Civil Procedure, for the entry of an Order:  (1) appointing Movants as Co-Lead Plaintiffs on behalf of a class consisting of all persons other than the above-captioned defendants who purchased or otherwise acquired Decision Diagnostics Corp. securities between March 3, 2020 and December 17, 2020, both dates inclusive; and (2) approving Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, Movants submit a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Dated:  March 16, 2021

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movants and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ

& GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
peretz@bgandg.com

*Additional Counsel for Movants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jennifer Pafiti
Jennifer Pafiti