POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Plaintiff Anthony Sanchez*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SANCHEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>           v.<br><br>DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN,<br><br>                    Defendants. | Case No. 2:21-cv-00418-JAK-JPR<br><br>SCHEDULING STIPULATION |

Plaintiff Anthony Sanchez and Defendants Decision Diagnostics Corp. and Keith M. Berman (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on January 15, 2021, Plaintiff commenced the above-captioned putative class action arising under the Securities Exchange Act of 1934, including the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4, against Defendants (the "Action") (*see* Dkt. No. 1);

WHEREAS, on March 22, 2021, 66 days after the commencement of this Action, Plaintiff's counsel timely effected service of summonses and the Complaint in this Action upon the Defendants;

WHEREAS, pursuant to the PSLRA, any motions for appointment of Lead Plaintiff and Lead Counsel in the Action were due to be filed on or before March 16, 2021;

WHEREAS, on March 16, 2021, two such motions were filed, by: (i) Plaintiff Anthony Sanchez and Thomas Tossavainen, seeking appointment jointly as Co-Lead Plaintiffs (Dkt. No. 14); and (ii) Ephraim Mashkabov (Dkt. No. 10);

WHEREAS, on April 6, 2021, Mr. Mashkabov filed a notice of withdrawal of his motion, stating that "[h]aving reviewed the competing motions filed in the action, [Mr. Mashkabov] does not appear to have the largest financial interest" (Dkt. No. 19);

WHEREAS, following the withdrawal of Mr. Mashkabov's motion, the joint motion of Messrs. Sanchez and Tossavainen is the only motion for appointment as Lead Plaintiff pending before the Court; and

WHEREAS, the Parties agree that, for reasons of judicial efficiency and economy, conservation of time and resources, and orderly management of this action, Defendants should not respond to the existing Complaint, but rather, should withhold responding to the Complaint until after: (i) the Court has appointed a Lead Plaintiff and Lead Counsel; and (ii) Lead Plaintiff has filed an Amended Complaint.

NOW THEREFORE, the Parties agree and stipulate to the following, subject to the Court's approval:

1. Defendants shall not be required to respond to the existing Complaint; and

2. Within seven (7) days following the Court's appointment of a Lead Plaintiff and Lead Counsel, Lead Counsel and counsel for Defendants shall meet and confer and submit a proposed schedule to the Court for the filing of an Amended Complaint, Defendants' response to the same, and all associated briefing.

SO STIPULATED.

Dated: May 12, 2021                 POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Plaintiff Anthony Sanchez*

BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)

|   |   |
|---|---|
| 1 | 60 East 42nd Street, Suite 4600 |
| 2 | New York, NY 10165 |
|   | Telephone: (212) 697-6484 |
| 3 | peretz@bgandg.com |

*Additional Counsel for Plaintiff Anthony Sanchez*

Dated:  May 12, 2021                    GOLDBERG SEGALLA

<u>*/s/ Jordan G. Cohen*</u>
Jordan G. Cohen
777 S. Figueroa Street, Suite 2000
777 Tower
Los Angeles, CA 90017
Telephone: (213) 415-7204
jcohen@goldbergsegalla.com

*Counsel for Defendants Decision Diagnostics Corp. and Keith M. Berman*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti