POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Plaintiff Anthony Sanchez*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SANCHEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN,<br><br>Defendants. | Case No. 2:21-cv-00418-JAK-JPR<br><br>RESPONSE OF ANTHONY SANCHEZ TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION (DKT. NO. 20) |

Anthony Sanchez, Plaintiff in the above-captioned action (the "Action") hereby responds to the Court's Order to Show Cause why this action should not be dismissed for lack of prosecution, entered on May 5, 2021 (the "Order") (Dkt. No. 20).

As the Order stated, "[i]n the absence of showing good cause, an action shall be dismissed if the summons and complaint have not been served within 90 days after the filing of the complaint pursuant to Fed. R. Civ. P. 4(m)." *Id.* Here, the Complaint was filed on January 15, 2021. *See* Dkt. No. 1. On or around March 18, 2021, Plaintiff's counsel caused summonses and the Complaint to be served upon Defendants Decision Diagnostics Corp. ("Decision Diagnostics") and Keith M. Berman. Affidavits of Service are appended collectively as Exhibit A to the Declaration of Jennifer Pafiti submitted herewith.

In addition, the Action is a putative class action arising under the Securities Exchange Act of 1934, including the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4. Pursuant to the PSLRA, any motions for appointment of Lead Plaintiff and Lead Counsel in the Action were due to be filed on or before March 16, 2021. On that date, two such motions were filed, by: (i) Plaintiff Anthony Sanchez and Thomas Tossavainen, seeking appointment jointly as Co-Lead Plaintiffs (Dkt. No. 14); and (ii) Ephraim Mashkabov (Dkt. No. 10). On April 6, 2021, Mr. Mashkabov filed a notice of withdrawal of his motion, stating that "[h]aving reviewed the competing motions filed in the action, [Mr. Mashkabov] does not appear to have the largest financial interest". Dkt.

No. 19.  Following the withdrawal of Mr. Mashkabov's motion, the joint motion of Messrs. Sanchez and Tossavainen is the only motion for appointment as Lead Plaintiff pending before the Court.

Acknowledging the procedural posture of the Action, Plaintiff and Defendants have submitted a Stipulation and Proposed Order to the effect that the Defendants should withhold responding to the Complaint until after: (i) the Court has appointed a Lead Plaintiff and Lead Counsel; and (ii) Lead Plaintiff has filed an Amended Complaint.  *See* Dkt. No. 21.

Plaintiff respectfully submits that the foregoing facts constitute good cause why this action should not be dismissed for lack of prosecution.

Dated:  May 12, 2021                                    POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
peretz@bgandg.com

*Counsel for Plaintiff Anthony Sanchez*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti