POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Plaintiff Anthony Sanchez*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SANCHEZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-00418-JAK-JPR |
| Plaintiff, | DECLARATION OF JENNIFER PAFITI IN RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION (DKT. NO. 20) |
| v. | |
| DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN, | |
| Defendants. | |

DECLARATION - 2:21-CV-00418-JAK-JPR

I, Jennifer Pafiti, hereby declare as follows:

1.    I am a partner with the law firm of Pomerantz LLP, counsel on behalf of Plaintiff Anthony Sanchez ("Sanchez"), and have personal knowledge of the facts set forth herein.  I make this Declaration in response to the Court's Order to Show Cause why this action should not be dismissed for lack of prosecution, entered on May 5, 2021 (Dkt. No. 20).

2.    Attached hereto collectively as Exhibit A are affidavits, dated March 22, 2021, attesting to service of summonses and the Complaint in the above-captioned action upon Defendants Decision Diagnostics Corp. and Keith M. Berman on March 18, 2021. Executed on May 12, 2021 at Calabasas, California.


/s/ Jennifer Pafiti
Jennifer Pafiti

DECLARATION - 2:21-CV-00418-JAK-JPR

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


/s/ *Jennifer Pafiti*
Jennifer Pafiti