# EXHIBIT A

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Central District of California

ANTHONY SANCHEZ, Individually and On Behalf of
All Others Similarly Situated,

    *Plaintiff*

       v.

DECISION DIAGNOSTICS CORP. and KEITH M.
BERMAN,

    *Defendant*

)
)
)
)
)
)
)
)

Civil Action No.  2:21-cv-00418 JAK (JPRx)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN
2660 Townsgate Road
Suite 300
Westlake Village, California

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer Pafiti
Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   01/15/2021



*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

| Case:<br>2:21-cv-00418 JAK (JPRx) | Court:<br>United States District Court | County:<br>Central District of California | Job:<br>5481536 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Anthony Sanchez, individually and On Behalf of All Others Similarly Situated | | Defendant / Respondent:<br>Decision Diagnostics Corp. and Keith M. Berman | |
| Received by:<br>LegalEase Inc. | | For:<br>Pomerantz | |
| To be served upon:<br>Decision Diagnostics Corp. | | | |

I, Jeffrey Berke, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Keith M. Berman, President, authorized to accept, 2660 Townsgate Road Suite 300, Westlake Village, CA 91361
Manner of Service:   Corporation, Mar 18, 2021, 4:06 pm EDT
Documents:   Summons and Class Action Complaint

Additional Comments:
1) Successful Attempt: Mar 18, 2021, 4:06 pm EDT at 2660 Townsgate Road Suite 300, Westlake Village, CA 91361 received by Keith M. Berman. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 200+; Height: 5'7"; Hair: Gray;

_____   3/22/2021
Jeffrey Berke                             Date

LegalEase Inc.

Case 2:21-cv-00418-JAK-JPR   Document 7   Filed 01/15/21   Page 1 of 1   Page ID #:36

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Central District of California

| | | |
|---|---|---|
| ANTHONY SANCHEZ, Individually and On Behalf of All Others Similarly Situated, <br><br> *Plaintiff* <br><br> v. <br><br> DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN, <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No.  2:21-cv-00418 JAK (JPRx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN
2660 Townsgate Road
Suite 300
Westlake Village, California

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jennifer Pafiti
Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    01/15/2021

Signature of Clerk or Deputy Clerk



## AFFIDAVIT OF SERVICE

| Case: 2:21-cv-00418 JAK (JPRx) | Court: United States District Court | County: Central District of California | Job: 5481537 |
|---|---|---|---|
| Plaintiff / Petitioner: Anthony Sanchez, individually and On Behalf of All Others Similarly Situated | | Defendant / Respondent: Decision Diagnostics Corp. and Keith M. Berman | |
| Received by: LegalEase Inc. | | For: Pomerantz | |
| To be served upon: Keith M. Berman | | | |

I, Jeffrey Berke, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:    Keith M. Berman, 2660 Townsgate Road Suite 300, Westlake Village, CA 91361

Manner of Service:    Personal/Individual, Mar 18, 2021, 4:06 pm EDT

Documents:    Summons and Class Action Complaint

Additional Comments:

1) Successful Attempt: Mar 18, 2021, 4:06 pm EDT at 2660 Townsgate Road Suite 300, Westlake Village, CA 91361 received by Keith M. Berman. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 200+; Height: 5'7"; Hair: Gray;

Jeffrey Berke          Date 3/22/2021

LegalEase Inc.