UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SANCHEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN,<br><br>Defendants. | Case No. 2:21-cv-00418-JAK(JPRx)<br><br>**ORDER RE SCHEDULING STIPULATION (DKT. 21)** |

Based on a review of the Scheduling Stipulation (the "Stipulation" (Dkt. 21)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, and it is **ORDERED** that:

1. Defendants shall not be required to respond to the existing Complaint; and

2. If a Lead Plaintiff is selected in this action, within seven days following the appointment of a Lead Plaintiff and Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995, Lead Counsel and counsel for Defendants shall meet and confer and submit a proposed schedule to the Court for the filing of an Amended Complaint, Defendants' response to the same, and all associated briefing.

**IT IS SO ORDERED.**

Date: July 8, 2021

_____
John A. Kronstadt
United States District Judge