POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SANCHEZ and THOMAS TOSSAVAINEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN,<br><br>Defendants. | Case No. 2:21-cv-00418-JAK-JPR<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN**<br><br>Hon. John A. Kronstadt |

DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN – 2:21-CV-00418-JAK-JPR

# DECLARATION OF BRIAN P. O'CONNELL

I, Brian P. O'Connell, hereby declare pursuant to 28 U.S.C. § 1746:

1.     I am an associate attorney at Pomerantz, LLP, counsel for Lead Plaintiffs Anthony Sanchez and Thomas Tossavainen ("Lead Plaintiffs"). I am duly admitted to practice law in the State of California and before this Court.

2.     I make this Declaration in support of the Request by Lead Plaintiffs Anthony Sanchez and Thomas Tossavainen for Entry of Default Against Defendants Decision Diagnostics Corp. and Keith M. Berman.

3.     This Action was commenced on January 15, 2021.

4.     On March 18, 2021, Defendants Decision Diagnostics Corp. and Keith M. Berman were personally served with the initial complaint. *See* ECF No. 22-2.

5.     On August 20, 2021, this Court appointed Anthony Sanchez and Thomas Tossavainen as Lead Plaintiffs and ordered the parties to meet and confer with opposing counsel on a briefing schedule for filing the Amended Complaint. *See* ECF No. 25. The parties met and conferred on August 25, 2021, and filed a stipulation on September 3, 2021, ordering Lead Plaintiffs to file the Amended Complaint by October 14, 2021; Defendants were ordered to respond by December 6, 2021. *See* ECF No. 32.

1

DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN – 2:21-CV-00418-JAK-JPR

6.    On October 14, 2021, Lead Plaintiffs filed the Amended Complaint and served a copy of the Amended Complaint to Defendants' attorneys, Stephen C. Mazzara and Ronald S. Herzog, via mail and email.  *See* ECF No. 35; Exhibit A.

7.    The time for Defendants Decision Diagnostics Corp. and Keith M. Berman to respond to or otherwise answer the Amended Complaint has lapsed.

8.    To date, Defendants Decision Diagnostics Corp. and Keith M. Berman have not responded to the Amended Complaint.

9.    There is no court order extending Defendants Decision Diagnostics Corp. and Keith M. Berman's time to respond to the Amended Complaint.

10.    Defendants Decision Diagnostics Corp. and Keith M. Berman are not infants, incompetent persons, or members of the United States military.

 I declare under penalty of perjury that the foregoing is true and correct. Executed on February 1, 2022.

> */s/ Brian P. O'Connell*
> Brian P. O'Connell

DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN  – 2:21-CV-00418-JAK-JPR

## CERTIFICATE OF SERVICE

I, Brian P. O'Connell, hereby declare under penalty of perjury as follows:

I am an associate attorney at Pomerantz, LLP, counsel for Lead Plaintiffs Anthony Sanchez and Thomas Tossavainen ("Lead Plaintiffs"). My business address is Pomerantz LLP, Ten South La Salle Street, Suite 3505, Chicago, Illinois 60603. I am over the age of eighteen, a citizen of the United States, and duly admitted to practice law in the State of California and before this Court.

On February 1, 2022, I filed the following **DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN**, for receipt electronically using the CM/ECF system, which sent notification of such filing to the following counsel of record:

Jennifer Pafiti:          jpafiti@pomlaw.com

Joshua B. Silverman:      jbsilverman@pomlaw.com

Laurence M. Rosen:        lrosen@rosenlegal.com

For those attorneys not registered for CM/ECF filing, I served the document by mail and e-mail to the following counsel:

Stephen C. Mazzara:       777 Tower
                          777 S. Figueroa St. Suite 1900
                          Los Angeles, California 90071

3

DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN – 2:21-CV-00418-JAK-JPR

smazzara@goldbergsegalla.com

Ronald S. Herzog:     PO Box 1020,
Buffalo, NY 14201

and

50 Main Street, Suite 425
White Plains, New York 10056
rherzog@goldbergsegalla.com

Executed on February 1, 2022.

/s/ Brian P. O'Connell
Brian P. O'Connell

4

DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN  – 2:21-CV-00418-JAK-JPR