# Exhibit A

| **From:** | Brian O"Connell |
| **To:** | smazzara@goldbergsegalla.com; rherzog@goldbergsegalla.com |
| **Cc:** | Josh Silverman |
| **Subject:** | Decision Diagnostics Amended Complaint |
| **Date:** | Friday, October 15, 2021 9:26:00 AM |
| **Attachments:** | 2021.10.14 Amended Complaint As Filed.pdf |
| | 2021.10.14 Amended Complaint As Filed Redline 35-1.pdf |

Counsel,

Attached is a courtesy copy of the amended complaint filed last night in Sanchez v. Decision
Diagnostics, 21-cv-00418, in the Central District of California. It has also been mailed to your offices.

Regards,
Brian

**Brian P. O'Connell**

**POMERANTZ** LLP

10 South LaSalle Street, Suite 3505

Chicago, IL 60603

Tel: (312)-881-4859

Fax: (312)-377-1184

boconnell@pomlaw.com