POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SANCHEZ and THOMAS TOSSAVAINEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN,<br><br>Defendants. | Case No. 2:21-cv-00418-JAK-JPR<br><br><u>CLASS ACTION</u><br><br>**CORRECTED PROOF OF SERVICE OF THE AMENDED COMPLAINT UPON DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN**<br><br>Hon. John A. Kronstadt |

**CORRECTED PROOF OF SERVICE OF THE AMENDED COMPLAINT**

I, Brian P. O'Connell, hereby declare under penalty of perjury as follows:

I am an associate attorney at Pomerantz LLP, counsel for Lead Plaintiffs Anthony Sanchez and Thomas Tossavainen ("Lead Plaintiffs"). My business address is Pomerantz LLP, Ten South La Salle Street, Suite 3505, Chicago, Illinois 60603. I am over the age of eighteen, a citizen of the United States, and duly admitted to practice law in the State of California and before this Court.

On October 14, 2021, I caused to be served the following document:

**FIRST AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

By posting the documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed below:

Jennifer Pafiti    jpafiti@pomlaw.com

Joshua B. Silverman    jbsilverman@pomlaw.com

Laurence M. Rosen    lrosen@rosenlegal.com

I also served the Amended Complaint on the following attorneys, Stephen C. Mazzara and Ronald S. Herzog, who have indicated to Plaintiffs that they represent Defendants Keith M. Berman and Decision Diagnostics Corp., and confirmed their representation by entering into a scheduling stipulation on behalf of Defendants on September 3, 2021. *See* ECF No. 32. Because Mr. Mazzara and Mr. Herzog are

1

not listed as receiving ECF notifications of filings, on October 14, 2021, I served the Amended Complaint via first-class mail, pursuant to Federal Rule of Civil Procedure 5(b) and Local Rule 5-3, to these attorneys at their addresses below:

> Stephen C. Mazzara
> 777 Tower
> 777 S. Figueroa St. Suite 1900
> Los Angeles, California 90071
>
> Ronald S. Herzog
> PO Box 1020,
> Buffalo, NY 14201
>
> and
>
> Ronald S. Herzog
> 50 Main Street, Suite 425
> White Plains, New York 10056

To ensure receipt, on October 15, 2021, I also emailed copies of the Amended Complaint to Mr. Mazzara and Mr. Herzog at their email addresses, rherzog@goldbergsegalla.com and smazzara@goldbergsegalla.com.

Executed on February 9, 2022 in Chicago, Illinois:

> */s/ Brian P. O'Connell*
> Brian P. O'Connell

2

CORRECTED PROOF OF SERVICE OF THE AMENDED COMPLAINT UPON DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN–2:21-CV-00418-JAK-JPR

# CERTIFICATE OF SERVICE

I, Brian P. O'Connell, hereby declare under penalty of perjury as follows:

I am an associate attorney at Pomerantz LLP, counsel for Lead Plaintiffs Anthony Sanchez and Thomas Tossavainen ("Lead Plaintiffs"). My business address is Pomerantz LLP, Ten South La Salle Street, Suite 3505, Chicago, Illinois 60603. I am over the age of eighteen, a citizen of the United States, and duly admitted to practice law in the State of California and before this Court.

On February 9, 2022, I caused to be served the following document:

**CORRECTED PROOF OF SERVICE OF THE AMENDED COMPLAINT UPON DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN**

By posting the documents to the ECF Website of the United States District Court for the Central District of California, for receipt electronically by the parties as listed below:

    Jennifer Pafiti    jpafiti@pomlaw.com

    Joshua B. Silverman    jbsilverman@pomlaw.com

    Laurence M. Rosen    lrosen@rosenlegal.com

I also served this Corrected Proof of Service of the Amended Complaint on the following attorneys, Stephen C. Mazzara and Ronald S. Herzog, who have indicated to Plaintiffs that they represent Defendants Keith M. Berman and Decision Diagnostics Corp., and confirmed their representation by entering into a scheduling

3

CORRECTED PROOF OF SERVICE OF THE AMENDED COMPLAINT UPON DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN–2:21-CV-00418-JAK-JPR

stipulation on behalf of Defendants on September 3, 2021.  *See* ECF No. 32.  Because Mr. Mazzara and Mr. Herzog are not listed as receiving ECF notifications of filings, on February 9, 2022, I served the **Corrected Proof of Service of the Amended Complaint Upon Defendants Decision Diagnostics Corp. and Keith M. Berman**, via first-class mail, pursuant to Federal Rule of Civil Procedure 5(b) and Local Rule 5-3, upon these attorneys at their addresses below:

> Stephen C. Mazzara
> 777 Tower
> 777 S. Figueroa St. Suite 1900
> Los Angeles, California 90071
>
> Ronald S. Herzog:
> PO Box 1020,
> Buffalo, NY 14201
>
> and
>
> Ronald S. Herzog
> 50 Main Street, Suite 425
> White Plains, New York 10056

Executed on February 9, 2022 in Chicago, Illinois:

> */s/ Brian P. O'Connell*
> Brian P. O'Connell