POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SANCHEZ and THOMAS TOSSAVAINEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN,<br><br>Defendants. | Case No. 2:21-cv-00418-JAK-JPR<br><br><u>CLASS ACTION</u><br><br>**CORRECTED REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN**<br><br>Hon. John A. Kronstadt |

**TO THE CLERK OF THE COURT AND TO DEFENDANTS**

Please take notice that Lead Plaintiffs Anthony Sanchez and Thomas Tossavainen ("Lead Plaintiffs") hereby request that the Clerk, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, enter a default against Defendants Decision Diagnostics Corp. and Keith M. Berman for failure to answer, plead, or otherwise respond to the Amended Complaint filed in this action.

The Initial Complaint was filed on January 15, 2021. As set forth in the attached Declaration of Brian P. O'Connell, Lead Plaintiffs completed service of the Initial Complaint and Summons on both Defendants Decision Diagnostics Corp. and Keith M. Berman on March 18, 2021. On February 9, 2022, Lead Plaintiffs filed a corrected proof of service of the Summons and Initial Complaint. *See* ECF No. 39.

On August 20, 2021, this Court appointed Anthony Sanchez and Thomas Tossavainen as Lead Plaintiffs and ordered the parties to meet and confer on a briefing schedule for filing the Amended Complaint. *See* ECF No. 25. The parties met and conferred on August 25, 2021, and filed a stipulation on September 3, 2021, ordering Lead Plaintiffs to file the Amended Complaint by October 14, 2021; Defendants were ordered to respond by December 6, 2021. *See* ECF No. 32.

On October 14, 2021, Lead Plaintiffs filed their Amended Complaint (ECF No. 35), and served the Amended Complaint on the following attorneys, Stephen

1

C. Mazzara and Ronald S. Herzog, who have indicated to Plaintiffs that they represent Defendants Keith M. Berman and Decision Diagnostics Corp., and confirmed their representation by entering into a scheduling stipulation on behalf of Defendants on September 3, 2021.  *See* ECF No. 32.  Because Mr. Mazzara and Mr. Herzog are not listed as receiving ECF notifications of filings, on October 14, 2021, Lead Plaintiffs served the Amended Complaint via first-class mail, pursuant to Federal Rule of Civil Procedure 5(b) and Local Rule 5-3. On February 9, 2022, Lead Plaintiffs filed a corrected proof of service of the Amended Complaint.  *See* ECF No. 40.

To ensure receipt, Lead Plaintiffs also emailed copies of the Amended Complaint to Mr. Mazzara and Mr. Herzog at their email addresses, rmazzara@goldbergsegalla.com and rherzog@goldbergsegalla.com. *See* Ex. A to the attached Declaration of Brian P. O'Connell.

The Clerk of the Court may enter a default against a party who has not filed a responsive pleading or otherwise defended the suit.  Fed. R. Civ. P. 55(a). Defendants Decision Diagnostics Corp. and Keith M. Berman failed to answer or otherwise respond to the Amended Complaint.  No answer or other response has been filed or served by Defendants Decision Diagnostics Corp. and Keith M. Berman.

Lead Plaintiffs have met the procedural requirements for obtaining entry of default from the Clerk as demonstrated by the Declaration of Brian P. O'Connell submitted herewith.

Because Defendants Decision Diagnostics Corp. and Keith M. Berman have failed to file any responsive pleading to the Amended Complaint for over three months after service, and more than two months after the response of each was due, Lead Plaintiffs respectfully request that the Clerk enter a default against them.

Dated: February 9, 2022

Respectfully submitted,

POMERANTZ LLP

*/s/ Brian P. O'Connell*
Joshua B. Silverman (*pro hac vice*)
Brian P. O'Connell (SBN 314318)
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 881-4859
Facsimile: (312) 229-8811
E-mail: jbsilverman@pomlaw.com
boconnell@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

3

CORRECTED REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN –2:21-CV-00418-JAK-JPR

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Attorneys for Co-Lead Plaintiffs*

4

# CERTIFICATE OF SERVICE

I, Brian P. O'Connell, hereby declare under penalty of perjury as follows:

I am an associate attorney at Pomerantz LLP, counsel for Lead Plaintiffs Anthony Sanchez and Thomas Tossavainen. My business address is Pomerantz LLP, Ten South La Salle Street, Suite 3505, Chicago, Illinois 60603. I am over the age of eighteen, a citizen of the United States, and duly admitted to practice law in the State of California and before this Court.

On February 9, 2022, I filed the following **CORRECTED REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN**, for receipt electronically using the CM/ECF system, which sent notification of such filing to the following counsel of record:

Jennifer Pafiti:        jpafiti@pomlaw.com

Joshua B. Silverman:    jbsilverman@pomlaw.com

Laurence M. Rosen:      lrosen@rosenlegal.com

I also served this document on the following attorneys, Stephen C. Mazzara and Ronald S. Herzog, who have indicated to Lead Plaintiffs that they represent Defendants Keith M. Berman and Decision Diagnostics Corp., and confirmed their

5

CORRECTED REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN –2:21-CV-00418-JAK-JPR

representation by entering into a scheduling stipulation on behalf of Defendants on September 3, 2021. *See* ECF No. 32. Because Mr. Mazzara and Mr. Herzog are not listed as receiving ECF notifications of filings, on February 9, 2022, I served this **Corrected Request By Lead Plaintiffs Anthony Sanchez And Thomas Tossavainen For Entry Of Default Against Defendants Decision Diagnostics Corp. and Keith M. Berman,** via first-class mail, pursuant to Federal Rule of Civil Procedure 5(b) and Local Rule 5-3, upon these attorneys at their addresses below:

>Stephen C. Mazzara
>777 Tower
>777 S. Figueroa St. Suite 1900
>Los Angeles, California 90071
>
>Ronald S. Herzog
>PO Box 1020,
>Buffalo, NY 14201
>
>and
>
>Ronald S. Herzog
>50 Main Street, Suite 425
>White Plains, New York 10056

Executed on February 9, 2022 in Chicago, Illinois:

>*/s/ Brian P. O'Connell*
>Brian P. O'Connell

CORRECTED REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN –2:21-CV-00418-JAK-JPR