POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SANCHEZ and THOMAS TOSSAVAINEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN,<br><br>Defendants. | Case No. 2:21-cv-00418-JAK-JPR<br><br>CLASS ACTION<br><br>**DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF CORRECTED REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN**<br><br>Hon. John A. Kronstadt |

DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF CORRECTED REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN  – 2:21-CV-00418-JAK-JPR

## DECLARATION OF BRIAN P. O'CONNELL

I, Brian P. O'Connell, hereby declare pursuant to 28 U.S.C. § 1746:

1.      I am an associate attorney at Pomerantz LLP, counsel for Lead Plaintiffs Anthony Sanchez and Thomas Tossavainen ("Lead Plaintiffs").  I am duly admitted to practice law in the State of California and before this Court.

2.      I make this Declaration in support of the Corrected Request by Lead Plaintiffs Anthony Sanchez and Thomas Tossavainen for Entry of Default Against Defendants Decision Diagnostics Corp. and Keith M. Berman.

3.      This Action was commenced on January 15, 2021.  *See* ECF No. 1.

4.      On March 18, 2021, Lead Plaintiffs served Defendant Keith M. Berman with the Summons and Initial Complaint via personal service, pursuant to Federal Rule of Civil Procedure 4(e)(2)(a).  The Affidavit of Service on Defendant Berman was previously filed with the Court on May 12, 2021, in ECF No. 22-2. On February 9, 2022, Lead Plaintiffs filed a corrected proof of service of the summons and Initial Complaint upon Defendant Keith M. Berman.  *See* ECF No. 39.

5.      Also on March 18, 2021, Lead Plaintiffs served Defendant Decision Diagnostics Corp, pursuant to Federal Rule of Civil Procedure 4(h)(1)(A), by personally delivering the Summons and Initial Complaint to Keith M. Berman, an

1

DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF CORRECTED REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN  – 2:21-CV-00418-JAK-JPR

officer of Defendant Decision Diagnostics Corp., authorized to accept service under California Code of Civil Procedure § 416.10. The Affidavit of Service upon Defendant Decision Diagnostics was previously filed with the Court on May 12, 2021, in ECF No. 22-2. On February 9, 2022, Lead Plaintiffs filed a corrected proof of service of the Summons and Initial Complaint upon Defendant Decision Diagnostics Corp. *See* ECF No. 39.

6. On August 20, 2021, this Court appointed Anthony Sanchez and Thomas Tossavainen as Lead Plaintiffs and ordered the parties to meet and confer with opposing counsel on a briefing schedule for filing the Amended Complaint. *See* ECF No. 25. The parties met and conferred on August 25, 2021, and filed a stipulation on September 3, 2021, ordering Lead Plaintiffs to file the Amended Complaint by October 14, 2021; Defendants were ordered to respond by December 6, 2021. *See* ECF No. 32.

7. On October 14, 2021, Lead Plaintiffs filed the Amended Complaint. *See* ECF No. 35. I served the Amended Complaint on the following attorneys, Stephen C. Mazzara and Ronald S. Herzog, who have indicated to Lead Plaintiffs that they represent Defendants Keith M. Berman and Decision Diagnostics Corp., and confirmed their representation by entering into a scheduling stipulation on behalf of Defendants on September 3, 2021. *See* ECF No. 32. Because Mr. Mazzara

2

and Mr. Herzog are not listed as receiving ECF notifications of filings, on October 14, 2021, I served the Amended Complaint via first-class mail, pursuant to Federal Rule of Civil Procedure 5(b) and Local Rule 5-3. On February 9, 2022, Lead Plaintiffs filed a corrected proof of service of the Amended Complaint. *See* ECF No. 40.

8. To ensure receipt of the Amended Complaint, on October 15, 2021, I also emailed copies of the Amended Complaint to Mr. Mazzara and Mr. Herzog at their email addresses, rmazzara@goldbergsegalla.com and rherzog@goldbergsegalla.com. *See* Exhibit A.

9. The time for Defendants Decision Diagnostics Corp. and Keith M. Berman to respond to or otherwise answer the Amended Complaint has lapsed.

10. To date, Defendants Decision Diagnostics Corp. and Keith M. Berman have not responded to the Amended Complaint.

11. There is no court order extending Defendants Decision Diagnostics Corp. and Keith M. Berman's time to respond to the Amended Complaint.

12. Defendants Decision Diagnostics Corp. and Keith M. Berman are not infants, incompetent persons, or members of the United States military.

I declare under penalty of perjury that the foregoing is true and correct.

3

DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF CORRECTED REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN  – 2:21-CV-00418-JAK-JPR

Executed on February 9, 2022 in Chicago, Illinois.

*/s/ Brian P. O'Connell*
Brian P. O'Connell

---

4

## CERTIFICATE OF SERVICE

I, Brian P. O'Connell, hereby declare under penalty of perjury as follows:

I am an associate attorney at Pomerantz, LLP, counsel for Lead Plaintiffs Anthony Sanchez and Thomas Tossavainen ("Lead Plaintiffs"). My business address is Pomerantz LLP, Ten South La Salle Street, Suite 3505, Chicago, Illinois 60603. I am over the age of eighteen, a citizen of the United States, and duly admitted to practice law in the State of California and before this Court.

On February 9, 2022, I filed the following **DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF CORRECTED REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN**, for receipt electronically using the CM/ECF system, which sent notification of such filing to the following counsel of record:

Jennifer Pafiti:        jpafiti@pomlaw.com

Joshua B. Silverman:    jbsilverman@pomlaw.com

Laurence M. Rosen:      lrosen@rosenlegal.com

I also served this Declaration, on the following attorneys, Stephen C. Mazzara and Ronald S. Herzog, who have indicated to Lead Plaintiffs that they represent

5

DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF CORRECTED REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN  – 2:21-CV-00418-JAK-JPR

Defendants Keith M. Berman and Decision Diagnostics Corp., and confirmed their representation by entering into a scheduling stipulation on behalf of Defendants on September 3, 2021.  *See* ECF No. 32.  Because Mr. Mazzara and Mr. Herzog are not listed as receiving ECF notifications of filings, on February 9, 2022, I served this Declaration of Brian P. O'Connell in Support of Corrected Request by Lead Plaintiffs Anthony Sanchez And Thomas Tossavainen for Entry Of Default Against Defendants Decision Diagnostics Corp. and Keith M. Berman, via first-class mail, pursuant to Federal Rule of Civil Procedure 5(b) and Local Rule 5-3, upon these attorneys at their addresses below:

Stephen C. Mazzara:     777 Tower
                        777 S. Figueroa St. Suite 1900
                        Los Angeles, California 90071
                        smazzara@goldbergsegalla.com

Ronald S. Herzog:       PO Box 1020,
                        Buffalo, NY 14201

                        and

                        50 Main Street, Suite 425
                        White Plains, New York 10056
                        rherzog@goldbergsegalla.com

Executed on February 9, 2022, in Chicago, Illinois:

*/s/ Brian P. O'Connell*
Brian P. O'Connell

6

DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF CORRECTED REQUEST BY LEAD PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN FOR ENTRY OF DEFAULT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN  – 2:21-CV-00418-JAK-JPR