POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SANCHEZ and THOMAS TOSSAVAINEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN,<br><br>Defendants. | Case No. 2:21-cv-00418-JAK-JPR<br><br>CLASS ACTION<br><br>**PROOF OF SERVICE OF THE DEFAULT BY CLERK AND ORDER SETTING HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AS TO DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN**<br><br>Hon. John A. Kronstadt |

# PROOF OF SERVICE

I, Brian P. O'Connell, hereby declare under penalty of perjury as follows:

I am an associate attorney at Pomerantz LLP, counsel for Lead Plaintiffs Anthony Sanchez and Thomas Tossavainen ("Lead Plaintiffs"). My business address is Pomerantz LLP, Ten South La Salle Street, Suite 3505, Chicago, Illinois 60603. I am over the age of eighteen, a citizen of the United States, and duly admitted to practice law in the State of California and before this Court.

On February 15, 2022, I caused to be served the following documents:

**DEFAULT BY CLERK F.R.Civ.P. 55(a). (ECF No. 42)**

**ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN (ECF No. 43)**

By mailing the documents to the following attorneys, Stephen C. Mazzara and Ronald S. Herzog, who have indicated to Plaintiffs that they represent Defendants Keith M. Berman and Decision Diagnostics Corp., and confirmed their representation by entering into a scheduling stipulation on behalf of Defendants on September 3, 2021. *See* ECF No. 32. Because Mr. Mazzara and Mr. Herzog are not listed as receiving ECF notifications of filings, on February 15, 2022, I served these documents via first-class mail, pursuant to Federal Rule of Civil Procedure 5(b) and Local Rule 5-3, to these attorneys at their addresses below:

PROOF OF SERVICE OF THE DEFAULT BY CLERK AND ORDER SETTING HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AS TO DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN –2:21-CV-00418-JAK-JPR

Stephen C. Mazzara
777 Tower
777 S. Figueroa St. Suite 1900
Los Angeles, California 90071

Ronald S. Herzog
PO Box 1020,
Buffalo, NY 14201

and

Ronald S. Herzog
50 Main Street, Suite 425
White Plains, New York 10056

To ensure receipt, on February 17, 2022, I also emailed copies of these documents to Mr. Mazzara and Mr. Herzog at their email addresses, rherzog@goldbergsegalla.com and smazzara@goldbergsegalla.com.

    Executed on February 17, 2022 in Chicago, Illinois:

                                */s/ Brian P. O'Connell*
                                Brian P. O'Connell