POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

*Lead Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SANCHEZ and THOMAS TOSSAVAINEN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN, <br><br> Defendants. | Case No. 2:21-cv-00418-FWS-JPR <br><br> NOTICE OF PLAINTIFFS' DISMISSAL OF CLASS ACTION CLAIMS WITHOUT PREJUDICE <br><br> Hon. Fred W. Slaughter |

NOTICE OF PLAINTIFFS' DISMISSAL OF CLASS ACTION CLAIMS WITHOUT PREJUDICE

Lead Plaintiffs Anthony Sanchez and Thomas Tossavainen ("Plaintiffs") by and through counsel, hereby provide notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) that they voluntarily dismiss the putative class action claims from the above-captioned lawsuit and will hereafter proceed with this matter on an individual basis. In support of this Notice, Plaintiffs state as follows:

1. Plaintiffs filed their initial complaint on January 15, 2021, seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder. On October 14, 2021, Plaintiffs filed their Amended Complaint. ECF No. 35. The initial and Amended Complaint brought claims on behalf of Plaintiffs individually, and on behalf of a putative class of similarly-situated investors. No class has been certified, and no certification has been sought. Additionally, there has been no settlement or even settlement discussions that could potentially implicate a settlement class. Plaintiffs do not believe settlement is likely.

2. Defendants have not appeared, and have not answered or otherwise responded to either complaint. On February 11, 2022, the clerk entered a default as to both Defendants, Decision Diagnostics Corp. and Keith M. Berman. ECF No. 42.

3. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs may issue a notice dismissing claims without a Court order provided the Defendants have not filed an answer or moved for summary judgment. Such dismissal does not require court approval pursuant to Federal Rule of Civil Procedure 23(e) where, as here, there is no certified class or proposed settlement class. Fed. R. Civ. P. 23(e); *Perez v. Del. N. Co., Inc.*, No. 1:19-cv-00484-DAD-SAB, 2022 U.S. Dist. LEXIS 53780, at *2-3 (E.D. Cal. Mar. 23, 2022). Plaintiffs have determined that class certification is not feasible under the circumstances of this case. The

1

NOTICE OF PLAINTIFFS' DISMISSAL OF CLASS ACTION CLAIMS WITHOUT PREJUDICE

dismissal effected by this notice is without prejudice and will not prevent any putative class member from pursuing claims individually.

Dated:  April 27, 2022                    Respectfully submitted,

POMERANTZ LLP

*/s/ Brian P. O'Connell*
Joshua B. Silverman (*pro hac vice*)
Brian P. O'Connell (SBN 314318)
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 881-4859
Facsimile: (312) 229-8811
E-mail: jbsilverman@pomlaw.com
boconnell@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Attorneys for Co-Lead Plaintiffs*

2

NOTICE OF PLAINTIFFS' DISMISSAL OF CLASS ACTION CLAIMS WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

I, Brian P. O'Connell, hereby declare under penalty of perjury as follows:

I am an associate attorney at Pomerantz LLP, counsel for Lead Plaintiffs Anthony Sanchez and Thomas Tossavainen. My business address is Pomerantz LLP, Ten South La Salle Street, Suite 3505, Chicago, Illinois 60603. I am over the age of eighteen, a citizen of the United States, and duly admitted to practice law in the State of California and before this Court.

On April 27, 2022, I filed the forgoing **NOTICE OF PLAINTIFFS' DISMISSAL OF CLASS ACTION CLAIMS WITHOUT PREJUDICE** for receipt electronically using the CM/ECF system, which sent notification of such filing to the following counsel of record:

| | |
|---|---|
| Jennifer Pafiti: | jpafiti@pomlaw.com |
| Joshua B. Silverman: | jbsilverman@pomlaw.com |
| Laurence M. Rosen: | lrosen@rosenlegal.com |

I also served this document on the following attorneys, Stephen C. Mazzara and Ronald S. Herzog, who have indicated to Lead Plaintiffs that they represent Defendants Keith M. Berman and Decision Diagnostics Corp., and confirmed their representation by entering into a scheduling stipulation on behalf of Defendants on September 3, 2021. *See* ECF No. 32. Because Mr. Mazzara and Mr. Herzog are not listed as receiving ECF notifications of filings, on April 27, 2022, I served this document, via first-class mail, pursuant to Federal Rule of Civil Procedure 5(b) and Local Rule 5-3, upon these attorneys at their addresses below:

Stephen C. Mazzara
PO Box 17220,
Los Angeles, CA 90017

3

Ronald S. Herzog
PO Box 1020,
Buffalo, NY 14201

and

Ronald S. Herzog
50 Main Street, Suite 425
White Plains, New York 10056

Executed on April 27, 2022 in Chicago, Illinois:

/s/ Brian P. O'Connell

Brian P. O'Connell

4

NOTICE OF PLAINTIFFS' DISMISSAL OF CLASS ACTION CLAIMS WITHOUT PREJUDICE