UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| , <br> Plaintiff(s), <br> v. <br> , <br> Defendant(s). | Case No. Various Case Numbers (See Addendum) <br><br> REASSIGNMENT ORDER <br><br> (GENERAL ORDER 21-1 – SECTION II.B) |

IT IS ORDERED that this case is reassigned to the Honorable Fred W. Slaughter for all further proceedings. The Court further orders as follows:

1. All future filings shall bear the initials FWS immediately after the case number.
2. All subsequent hearings shall be held in Courtroom 10D on the 10th Floor of the United States Courthouse, 411 W. 4th Street, Santa Ana, CA 92701.
3. All matters previously referred to a magistrate judge shall remain before that magistrate judge.
4. Cases previously referred to an ADR process, whether at filing, by order of the previously assigned judge, or by stipulation and order, shall proceed under the terms of the applicable ADR local rule. Dates for previously scheduled ADR telephone conferences shall remain in effect.
5. All discovery cutoff dates and other deadlines associated with this case, such as disclosure and expert deadlines, shall remain in effect.

6. All case management conference dates are vacated and will be reset by the Court.
7. Except for matters noticed for hearing before a magistrate judge, all law and motion hearing dates are vacated and must be renoticed by the moving party.
8. All pretrial conferences and trial dates currently set for dates earlier than January 1, 2023, are vacated.
9. All pretrial conferences and trial dates currently set for January 1, 2023, or after, as well as other deadlines associated with the case, shall remain in effect.
10. Each party is expected to review and become familiar with any and all applicable standing orders. In addition to the foregoing, the parties are hereby ordered to file a joint case management statement within 15 days of the date of this Order. Separate statements are appropriate if any party is proceeding without counsel. The statement should not exceed ten pages in length, should not contain attachments, and should address the following items in the following order:
    a. The date the case was filed;
    b. A list or description of each party;
    c. A summary of all claims, counterclaims, crossclaims, or third party claims;
    d. A brief description of the events underlying the action;
    e. A description of the relief sought and the damages claimed with an explanation as to how damages have been (or will be) computed;
    f. The status of discovery, including any significant discovery management issues, as well as any limits or cutoff dates;
    g. A procedural history of the case, including any previous

motions that were decided or submitted, any ADR proceedings or settlement conferences that have been scheduled or concluded, any appellate proceedings that are pending or concluded, and any previous referral to a magistrate judge;

    h. A description of any other deadlines in place before reassignment, including those for dispositive motions, pretrial conferences, and trials;

    i. Any requested modification of these dates, and the reasons for the request;

    j. Whether the parties will consent to a magistrate judge for trial;

    k. Whether there exists an immediate need for a case management conference to be scheduled in the action, and why the parties believe such a need exists; and

    l. A plain and specific statement of any immediate relief sought, if applicable, regarding the case schedule.

IT IS SO ORDERED.

DATED: April 27, 2022

HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE

# ADDENDUM

| | |
|---|---|
| 2:19-cv-01480-FWS-AFM | B/E Aerospace, Inc. v. C&D Zodiac Inc. et al |
| 2:22-cv-02108-FWS-MRW | Ningbo Ruihua Electronics Plastics Co., Ltd. v. Charles Hwang et al. |
| 5:21-cv-02126-FWS-SHK | Optiv Security Inc. v. David Gilberts |
| 8:21-cv-00193-FWS-DFM | Denison Powerlifting Inc. v. John Layne et al |
| 8:22-cv-00365-FWS-JDE | Speculative Product Design, LLC v. Urban Armor Gear, LLC |
| 2:18-cv-04597-FWS-MRW | Aaron Knight v. Sears Logistics Services et al |
| 2:19-cv-07077-FWS-AFM | Miguel Gutierrez v. New Hope Harvesting, LLC et al |
| 2:21-cv-06360-FWS-MAR | Delroy Lino v. Clean Harbors Environmental Services, Inc., et al |
| 2:22-cv-00471-FWS-MAA | Passion Gabourel v. Luxottica of America Inc. et al |
| 2:22-cv-01703-FWS-PD | Epifania Salvador v. Gruma Corporation et al |
| 5:21-cv-01276-FWS-SHK | Jose Salinas v. Wayfair, LLC |
| 8:22-cv-00392-FWS-JDE | Michelle McCollum v. TGI Fridays Inc. et al |
| 8:22-cv-00443-FWS-KES | Martin J. Walsh v. United States Postal Service |
| 2:18-cv-08497-FWS-E | Securities and Exchange Commission v. Eric J. EJ Dalius et al |
| 2:19-cv-10309-FWS-GJS | Fischler Kapel Holdings, LLC et al v. Flavor Producers, LLC et al |
| 2:20-cv-01437-FWS-AS | Sochil Martin v. La Luz Del Mundo et al |
| 2:20-cv-07959-FWS-RAO | Hector Portaluppi et al v. FortiFi Financial, Inc. et al |
| 2:20-cv-08985-FWS-DFM | Securities and Exchange Commission v. Patrick Jevon Johnson et al |
| 2:20-cv-10078-FWS-SK | PlusPass, Inc. v. Verra Mobility Corp. et al |
| 2:21-cv-00418-FWS-JPR | Anthony Sanchez v. Decision Diagnostics Corp. et al |
| 2:21-cv-05594-FWS-RAO | ARF Dashnaktsutyun, Western U.S.A. et al v. Armenian Revolutionary Federation WUSA, Inc. et al |
| 2:21-cv-06918-FWS-JC | Ivan Baron v. HyreCar Inc. et al |
| 2:21-cv-08303-FWS-KK | Los Angeles Turf Club, Incorporated et al v. US Racing et al |
| 2:21-cv-08934-FWS-JC | Lucas Cyril Plouviez v. David Duel et al |
| 2:21-cv-08935-FWS-MAR | Elizabeth Rosen v. David Duel et al |
| 2:21-cv-09765-FWS-AFM | Francisco Javier Luna et al v. Christina W. Girgis et al |
| 2:22-cv-00498-FWS-MAA | Altaa Investments, LLC et al v. Production Capital, LLC et al |
| 2:22-cv-00664-FWS-MRW | Sally Motodani v. MoneyGram Payment Systems, Inc. |
| 2:22-cv-00812-FWS-JC | Securities and Exchange Commission v. Michael M. Beck et al |
| 2:22-cv-01430-FWS-GJS | Paul Liang et al v. Kevin Robl et al |
| 2:22-cv-01585-FWS-JC | Daniel Yun Deng v. Zhuang Deng et al |
| 2:22-cv-01657-FWS-GJS | JJ Marketing Group, Inc. et al v. Dr. K in LA Entertainment et al |
| 2:22-cv-01907-FWS-E | Mijeong Kim v. Blue Triton Brands et al |
| 2:22-cv-02249-FWS-RAO | Sylebra Capital Partners Master Fund Ltd et al v. Everbridge, Inc. et al |
| 5:19-cv-00958-FWS-AFM | Securities and Exchange Commission v. Daniel Pacheco et al |
| 5:21-cv-00041-FWS-KK | Sit Kit Leong et al v. Summitcrest Capital, Inc. et al |
| 5:21-cv-01843-FWS-SHK | Timothy Brady v. Delta Energy and Communications, Inc. et al |
| 5:22-cv-00252-FWS-SHK | GreenPower Motor Company, Inc. et al v. Phillip Oldridge et al |
| 8:21-cv-00133-FWS-JDE | Plutos Sama Holdings, Inc. v. Jagex Limited et al |

| | |
|---|---|
| 8:21-cv-01110-FWS-DFM | Bridget Ward et al v. Crow Vote LLC et al |
| 8:21-cv-01413-FWS-ADS | Securities and Exchange Commission v. Tellone Management Group, Inc. et al |
| 8:21-cv-01615-FWS-DFM | Securities and Exchange Commission v. Richard James Roberts et al |
| 2:20-cv-00939-FWS-JC | Convergeone, Inc. v. Yuneec USA, Inc. et al |
| 2:20-cv-08289-FWS-MRW | Garo Agop Armenian et al v. Michael Baliacas et al |
| 2:20-cv-11733-FWS-PLA | Private Funding Group, LLC v. Goldshield Medline Group, Inc. et al |
| 2:21-cv-01410-FWS-AFM | Nzhde Ovsepyan v. Mercedes Benz USA, LLC |
| 2:21-cv-03377-FWS-E | Brook and Whittle Limited v. Oxigen Beverages Inc |
| 2:21-cv-04107-FWS-JPR | Benjamin Eliahu v. BMW of North America, LLC et al |
| 2:21-cv-05376-FWS-JPR | Arthur H. Lange et al v. Ford Motor Company et al |
| 2:21-cv-05903-FWS-AGR | Eric Simmons et al v. Forest River, Inc. et al |
| 2:21-cv-06101-FWS-JC | Xiamen Wins Up Imp. and Exp. Co., Ltd. v. United Safety Technology, Inc. |
| 2:21-cv-06125-FWS-PD | Beverly Hills Regional Center, L.P. v. United HealthCare Services, Inc., et al |
| 2:21-cv-07178-FWS-JC | Cleanview Distribution Group LLC et al v. LGI Holdings, LLC et al |
| 2:21-cv-07291-FWS-AFM | Syed Rizwan Hashmi v. Mercedes Benz USA, LLC |
| 2:21-cv-07357-FWS-GJS | Grand and Elm Properties, LP v. Cellular Sales of California, LLC et al |
| 2:21-cv-07515-FWS-JDE | Kiwijet, LLC v. Guangzhou Hayonex International Logistics Co. Ltd et al |
| 2:21-cv-08823-FWS-JPR | Out of Nowhere et al v. Nolan Transportation Group, LLC et al |
| 2:21-cv-09189-FWS-KS | Abena North America, Inc. v. Brian O Neil et al |
| 2:22-cv-00215-FWS-GJS | Lili S. Pool v. Mercedes-Benz USA, LLC |
| 2:22-cv-00327-FWS-E | Upjit Singh v. Harmeet SIngh Chawla et al |
| 2:22-cv-01277-FWS-AS | Wells Fargo Bank, N.A.v. Ninesquare Capital Partners, LLC. |
| 2:22-cv-01547-FWS-AGR | Kurt McLeod v. Zero Gravity Management et al |
| 2:22-cv-01669-FWS-KS | Frank Yang v. Longsheng Lei et al |
| 2:22-cv-01686-FWS-PD | Elke Schletz-Walther et al v. The Consulate General of the State of Kuwait in Los Angeles et al |
| 2:22-cv-01767-FWS-MAA | Brandon Thrasher v. Maserati North America, Inc. |
| 2:22-cv-01924-FWS-JPR | Kyle Fitzpatrick v. Ford Motor Company et al |
| 2:22-cv-02229-FWS-SK | Raymond Tyrone Grimes v. Marcia Fudge |
| 2:22-cv-02232-FWS-KS | John Nevado et al v. Office Depot, LLC |
| 5:20-cv-01086-FWS-SP | Alvarez Motor Cars, Inc. et al v. Jaguar Land Rover North America, LLC |
| 5:21-cv-01221-FWS-SP | Valley National Bank v. Wolfpack Transport LLC |
| 5:21-cv-01248-FWS-KK | Roger Montano v. Forest River, Inc. et al |
| 5:22-cv-00598-FWS-KK | Carla Marie Gomez v. Nissan North America, Inc. |
| 8:16-cv-02212-FWS-DFM | Global Telecom Corporation v. Seowon Intech Co Ltd et al |
| 8:21-cv-00913-FWS-JDE | Rogers Enterprises, Inc. v. Hitachi Solutions America, LTD. et al |
| 8:21-cv-01655-FWS-ADS | Luz H. Guzman v. Ford Motor Company et al |
| 8:21-cv-02023-FWS-KES | George Bosch v. Mercedes-Benz USA, LLC |
| 8:22-cv-00217-FWS-DFM | Joseph Kazemi v. BMW of North America LLC et al |
| 8:22-cv-00447-FWS-JDE | Pacific Coast Title Company v. JPMorgan Chase Bank, N.A. et al. |
| 2:20-cv-02804-FWS-KS | Jodie Lynn Acree v. United States of America |
| 2:20-cv-06643-FWS-AGR | United States of America v. City of Los Angeles et al |
| 2:20-cv-09739-FWS-MRW | Deborah Cloutier v. Ethicon, Inc. et al |
| 2:21-cv-02168-FWS-AGR | Monica Juarez Ceron v. Walmart Inc., et al |

| | |
|---|---|
| 2:21-cv-02214-FWS-MRW | Juan Villalobos v. FCA US LLC et al |
| 2:21-cv-02570-FWS-PD | Fanny Castro v. SF Markets, LLC et al |
| 2:21-cv-02966-FWS-JPR | Juan Gonzalez v. Union Pacific Railroad Company |
| 2:21-cv-03608-FWS-MAA | Jonathan Flores v. United States of America, et al |
| 2:21-cv-03735-FWS-MAR | Evelyn Martinez v. United States of America |
| 2:21-cv-03908-FWS-JPR | Shayla Fite et al v. Michael Beasley, Jr. |
| 2:21-cv-04252-FWS-KK | Gabriela Santana v. Walmart, Inc. et al |
| 2:21-cv-04374-FWS-MAA | Laura Salgues v. Delta Air Lines, Inc. et al |
| 2:21-cv-04701-FWS-MAA | Guillermo Rodriguez v. Garfield Beach CVS, L.L.C. |
| 2:21-cv-04947-FWS-MAA | Donte House v. Hud Mellencamp |
| 2:21-cv-05071-FWS-AFM | Regina Torres v. Costco Wholesale Corporation et al |
| 2:21-cv-06342-FWS-KS | Lorena Aguirre v. Boston Market Corporation |
| 2:21-cv-06680-FWS-MRW | Kristin Bride et al v. Snap Inc. et al |
| 2:21-cv-07441-FWS-PVC | Darrell Jones v. Dollar Tree Stores, Inc. |
| 2:21-cv-07550-FWS-GJS | Crystal Mora v. Pick Five Imports, Inc. et al |
| 2:21-cv-07915-FWS-KES | Jabril Battle v. Taylor James, LLC |
| 2:21-cv-08257-FWS-SHK | Jaclyn Maria Starling Dixon v. David Raymond Dixon, Jr., et al |
| 2:21-cv-08590-FWS-AGR | Igor Roshkovan, DDS, MSc v. Bristol-Myers Squibb Company et al |
| 2:21-cv-08647-FWS-JEM | Shijie Yin v. United States of America et al |
| 2:21-cv-08749-FWS-E | Garry Moss v. Comcast Corporation et al |
| 2:21-cv-08919-FWS-MAR | Monica Bee v. Walmart Inc. et al |
| 2:21-cv-08931-FWS-JEM | Eriny Erian v. Vitorias Secret Stores Brand Management, LLC |
| 2:21-cv-09027-FWS-AGR | Jacqueline Dunnett v. Delta Air Lines, Inc. et al |
| 2:21-cv-09091-FWS-JEM | Matson Navigation Company, Inc. v. Robert Hubbard |
| 2:21-cv-09331-FWS-PVC | Lorraine Calzada v. Costco Wholesale Corporation |
| 2:21-cv-09649-FWS-PD | Audra McDonald v. American Medical Systems, Inc. et al |
| 2:21-cv-09651-FWS-RAO | George F. Annino v. Synthes, Inc. et al |
| 2:21-cv-09761-FWS-AFM | Maria Romero v. Target Corporation |
| 2:21-cv-09890-FWS-SK | AMICA Mutual Insurance Company v. United States of America et al |
| 2:21-cv-09985-FWS-JC | Jennifer Jordan v. Hobby Lobby Stores, Inc. et al |
| 2:22-cv-00056-FWS-AFM | Adrian Chavez et al v. United States of America et al |
| 2:22-cv-00108-FWS-AS | Cassandra Rodney v. U.S. Postal Office |
| 2:22-cv-00309-FWS-JPR | Karina Isabel Velasquez v. Southwest Airlines Co. et al |
| 2:22-cv-00435-FWS-JEM | Wawanesa General Insurance Company v. Home Depot U.S.A., Inc. et al |
| 2:22-cv-00546-FWS-MAR | Ana Campos v. Costco Wholesale Corporation et al |
| 2:22-cv-00942-FWS-PD | John Brosnan v. Rodolfo Obeso et al |
| 2:22-cv-01082-FWS-MAA | Kevin Bojorquez Lugo et al v. Anna Joanna Szmit et al |
| 2:22-cv-01200-FWS-E | Amira Coleman v. Samer Hammoude et al |
| 2:22-cv-01276-FWS-MAR | Wilfred Stewart v. United States of America et al |
| 2:22-cv-01335-FWS-GJS | Sandra Shah v. Drew Chain Security Corporation et al |
| 2:22-cv-01394-FWS-PD | Rosalia Aguilera et al v. Unocal Corporation et al |
| 2:22-cv-01582-FWS-GJS | Gerald Russell v. Delta Air Lines, Inc. et al |
| 2:22-cv-01680-FWS-PVC | Carlos Urias v. United States of America et al |

| | |
|---|---|
| 2:22-cv-01702-FWS-PVC | Donovan J. Foster v. The United States of America et al |
| 2:22-cv-01798-FWS-AFM | Christopher Arnet v. Ford Motor Company |
| 2:22-cv-01913-FWS-MAA | Valeria Valenzuela v. Target Corporation et al |
| 2:22-cv-02316-FWS-GJS | Irvin Fernando Munoz v. John Bellow |
| 2:22-cv-02332-FWS-AGR | Ali Vahid v. Amazon.com Services, LLC et al |
| 2:22-cv-02376-FWS-AS | Alicia Fraga v. Clifton Howard et al |
| 5:19-cv-00974-FWS-KS | Maria Hunt v. Hobby Lobby Stores, Inc. et al |
| 5:19-cv-02260-FWS-KK | Annias Wiggins et al v. Penske Logistics LLC et al |
| 5:20-cv-01954-FWS-KK | Michelle Brennan v. Johnson and Johnson et al |
| 5:20-cv-02134-FWS-SHK | Paola E. Pina Palmerin v. Costco Wholesale Corporation, et al |
| 5:21-cv-00151-FWS-KK | Michael Voeltz et al v. United States of America |
| 5:21-cv-00254-FWS-SHK | Lachan Marie Stapleton et al v. Joshua McColm et at |
| 5:21-cv-00835-FWS-KK | Jesus Christina Reynoso et al v. Jose Ignacio Rosario-Penaloza et al |
| 5:21-cv-01105-FWS-SP | Esther Barragan v. Tristar Products, Inc. et al |
| 5:21-cv-01268-FWS-KK | Nelly Murillo Hogge v. Costco Wholesale Corporation, et al |
| 5:21-cv-01491-FWS-SHK | Debbie Mendoza v. Princess House, Inc |
| 5:21-cv-01506-FWS-SP | Shirley A. Dains v. Office Depot, Inc. et al |
| 5:21-cv-01558-FWS-KK | Shenzhen First Union Technology Co., Ltd. et al v. ATC Express, Inc. et al |
| 5:21-cv-01844-FWS-SP | Christine Ruiz v. Costco Wholesale Corporation et al |
| 5:21-cv-01994-FWS-JC | Maria Blanca Perez v. Nordstrom, Inc. et al |
| 5:21-cv-02172-FWS-SHK | Stusa Holdings et al v. Ford Motor Company et al |
| 5:22-cv-00126-FWS-JPR | Raymond Diaz et al v. Target Corporation et al |
| 5:22-cv-00192-FWS-MAA | Florence Bravo v. United States of America, et al. |
| 5:22-cv-00205-FWS-KK | State Farm Mutual Automobile Insurance Company v. United States of America |
| 5:22-cv-00548-FWS-PD | Nino Keeney et al v. Lowe&#039;s Home Centers, LLC et al. |
| 8:20-cv-01679-FWS-KES | Jeanette Walker v. Conagra Brands, Inc. et al |
| 8:21-cv-01010-FWS-ADS | James Bashore et al v. United States of America |
| 8:21-cv-01166-FWS-KES | John Russell v. Whirlpool Corporation et al |
| 8:21-cv-01346-FWS-JDE | Kenneth Jeras v. Walt Disney Parks and Resorts U.S., Inc. et al |
| 8:21-cv-01358-FWS-JDE | Alma Uribe v. Coloplast Corporation |
| 8:21-cv-01365-FWS-ADS | Shahram Seresht v. United States Navy et al |
| 8:21-cv-01430-FWS-DFM | Jeri Fort et al v. United States of America |
| 8:21-cv-01451-FWS-KES | Joe Feehan et al v. Krystal Duhaney et al |
| 8:21-cv-01941-FWS-ADS | Ryan Sullivan v. Amazon.com, Inc. et al |
| 8:22-cv-00347-FWS-DFM | Mario Caceres et al v. Harbor Villa Care Center et al |
| 8:22-cv-00382-FWS-JDE | Martha Moncada v. Costco Wholesale Corporation et al |
| 8:22-cv-00431-FWS-JDE | Jacob Levy v. Merck & Co., Inc. et al |
| 8:22-cv-00454-FWS-JDE | Yanet Calderon v. FCA US LLC et al |
| 2:20-cv-08459-FWS-PLA | Cynthia Soler v. Trans Union, LLC et al |
| 2:20-cv-10161-FWS-SK | Ty Kirkpatrick v. Timothy Hubman  et al |
| 2:21-cv-06415-FWS-MAR | George Jones v. Main and 83rd LLC et al |
| 2:21-cv-06936-FWS-AGR | Andrew Austin v. Citadel Servicing Corporation et al |
| 2:21-cv-07748-FWS-JC | Sam Kim v. Babubhai K Patel, et al |

| | |
|---|---|
| 2:21-cv-08345-FWS-MAR | Courtney Stocker v. VW Credit, Inc. |
| 2:21-cv-08593-FWS-AS | Thuy Thanh Alonzo v. California Patients Alliance, Inc. et al |
| 2:21-cv-09694-FWS-JEM | Melanie Delapaz v. Riviera Plaza, LLC et al |
| 2:22-cv-00235-FWS-AGR | Terry Fabricant v. Ladera Lending, Inc.  et al |
| 2:22-cv-00382-FWS-GJS | Hee Soon Park v. Simi Entertainment Plaza LLC et al |
| 2:22-cv-00607-FWS-PD | Melanie Delapaz v. Samuel F.  Magana et al |
| 2:22-cv-01321-FWS-PD | Eric Cleveland v. Yu Ron Chung et al |
| 2:22-cv-01358-FWS-JPR | Gabriel Dorsey v. TLW Real Property LLC et al |
| 2:22-cv-01824-FWS-KS | Matthew Guarnieri v. Be Money Inc. |
| 2:22-cv-01952-FWS-AGR | Yong Hee Chung v. Ally Financial, Inc. |
| 2:22-cv-02280-FWS-MAA | United African-Asian Abilities Club et al v. Sussex Granada Court LLC et al |
| 2:22-cv-02420-FWS-E | Michael Rhambo v. Samuel Vega et al |
| 5:21-cv-02158-FWS-MAR | Onia M. Adkins v. Resurgent Capital Services LP |
| 5:22-cv-00198-FWS-KK | Lasandra Price v. GBG Properties Two LLC et al |
| 5:22-cv-00434-FWS-KK | Maryam Rahbaran v. Antony Blinken et al |
| 8:14-cv-00001-FWS-ADS | Physicians Healthsource Inc v. Masimo Corporation et al |
| 8:22-cv-00395-FWS-KES | Pavani Reddy Kalluru et al v. Donna P. Campagnolo et al |
| 8:22-cv-00448-FWS-KES | Davy Cho et al v. Hyundai Motor Company, Ltd. et al |
| 2:22-cv-01523-FWS-PD | Sealed v. Sealed |
| 2:18-cv-08311-FWS-AS | United States of America et al v. University of Southern California |
| 2:20-cv-06210-FWS-RAO | CMA CGM S.A. et al v. Ocean Line Logistics Inc.  et al |
| 2:21-cv-00210-FWS-AS | United States of America v. 130,167.84 in Bank Funds et al |
| 2:21-cv-05197-FWS-PD | United States of America v. Vision Quest Industries, Incorporated |
| 2:21-cv-07315-FWS-MRW | United States of America v. &#036;443,000.00 in U.S. Currency |
| 2:21-cv-08527-FWS-AGR | United States of America v. Mark A. Seidner et al |
| 2:22-cv-00004-FWS-MRW | United States of America v. One 2021 Chevrolet Silverado  et al |
| 8:19-cv-01318-FWS-ADS | Waterworks Aquatics et al v. Andrew Brown et al |
| 5:21-cv-02019-FWS-KK | Roberto Holmond Cienfuegos v. Antony Blinken et al |
| 2:21-cv-00729-FWS-E | Predestined Entertainment, LLC et al v. Webber Films, LLC et al |
| 2:21-cv-03730-FWS-JC | Alexander Stross v. Static Media, LLC et al |
| 2:21-cv-04806-FWS-SK | James Reid et al v. Warner Music Group Corp et al |
| 2:21-cv-04986-FWS-JEM | Seth Gordon v. Create Music Group, Inc. et al |
| 2:21-cv-05890-FWS-SK | Phillip Madison Jones v. Twentieth Century Studios, Inc. et al |
| 2:21-cv-06543-FWS-SK | BackGrid USA, Inc. v. Haute Living Inc. et al |
| 2:21-cv-07735-FWS-PLA | Walter N. O&#039;Neal v. Sideshow, Inc. et al |
| 2:21-cv-09328-FWS-JPR | Milkcrate Athletics Inc. v. Adidas America, Inc. et al |
| 2:21-cv-10032-FWS-JEM | Bernhard Kuhmstedt v. Enttech Media Group, LLC et al |
| 2:22-cv-00598-FWS-RAO | Kristy Leibowitz v. Good Leaf, Inc. |
| 2:22-cv-01014-FWS-AGR | Fantastic Films International, LLC v. Screen Media Ventures, LLC et al |
| 2:22-cv-01153-FWS-PVC | Brandon Vogts v. Penske Media Corporation et al |
| 2:22-cv-01212-FWS-SK | Linda Matlow v. Fandom, Inc. et al |
| 2:22-cv-01412-FWS-JPR | Laser Kitten LLC v. Zoetop Business Co., Ltd. |
| 2:22-cv-01648-FWS-AGR | Pablo Brum v. Zoetop Business Co., Ltd. |

| | |
|---|---|
| 2:22-cv-01697-FWS-MAA | Lisa Corson v. Valusoft Finance LLC. et al |
| 2:22-cv-01923-FWS-JC | Alberto Gonzalez v. Areyouami LLC |
| 2:22-cv-02026-FWS-E | Joanne Michelle Rose v. Crown Media Holdings, Inc. et al |
| 5:21-cv-00886-FWS-KK | Nexon America Inc et al v. John Does 1-9 et al |
| 8:21-cv-01477-FWS-DFM | Sara M Lyons v. Zoetop Business Co., Ltd. |
| 8:21-cv-01993-FWS-ADS | Intent Drivers, Inc. v. Otto Insurance et al |
| 8:22-cv-00116-FWS-ADS | Linda Matlow v. One Twenty 2, LLC |
| 2:21-cv-07223-FWS-AS | FlexWare International LLC v. AT and T, Inc. et al |
| 2:21-cv-08779-FWS-MRW | Chrome Hearts LLC v. Styleworks Design Group Inc. et al |
| 2:21-cv-09282-FWS-MAR | H and T Seafood, Inc. v. L.A. Lucky Import Export Inc. |
| 2:21-cv-09586-FWS-PLA | Byron Belin v. Starz Entertainment, LLC et al |
| 2:21-cv-09664-FWS-KS | Chandler Ingram v. HamSquad, Inc. et al |
| 2:22-cv-00643-FWS-E | Chrome Hearts LLC v. 1800 Laboratories LLC et al |
| 2:22-cv-01350-FWS-MAR | The Real USFL, LLC v. Fox Sports Inc et al |
| 2:22-cv-01534-FWS-MAR | Spirit Clothing Company v. Palace Skateboards US Online, Inc. |
| 5:20-cv-02616-FWS-SHK | Monster Energy Company v. Metro Giant, Inc. et al |
| 5:21-cv-00829-FWS-SHK | Blumenthal Distributing, Inc. v. Comoch Inc. et al |
| 5:21-cv-00972-FWS-KK | Shijiazhuang Hongray Group v. World Trading 23 Inc. et al |
| 2:16-cv-00134-FWS-MRW | Marco Milla v. City of Los Angeles et al |
| 2:18-cv-10486-FWS-AGR | Sophia Larios v. City of Long Beach et al |
| 2:19-cv-02100-FWS-PLA | A.M. v. County of Los Angeles, et al |
| 2:20-cv-00304-FWS-MRW | Vincent Clark v. County of Los Angeles et al |
| 2:20-cv-10559-FWS-KS | Ruben Martinez et al v. City of Los Angeles et al |
| 2:20-cv-11147-FWS-SK | Deon Jones v. City of Los Angeles, et al |
| 2:21-cv-02957-FWS-MAR | M.A.R. et al  v. City of Los Angeles et al |
| 2:21-cv-03149-FWS-ADS | Frank Edward Edmonds v. City of Los Angeles et al |
| 2:21-cv-03842-FWS-MRW | Tavin Padilla et al v. City of Los Angeles et al |
| 2:21-cv-04797-FWS-AGR | Jeffrey Toland  v. Zachary McFarland et al |
| 2:21-cv-08305-FWS-JDE | Gary Agosto v. County of Los Angeles et al |
| 2:21-cv-09455-FWS-MAA | Michael J. Libman et al v. United States of America et al |
| 2:21-cv-09509-FWS-MAR | Andre Olivas v. County of Los Angeles et al |
| 2:21-cv-09915-FWS-AS | Nathan Rocky Glover v. City of Los Angeles et al |
| 2:22-cv-00144-FWS-PD | Clairece R. Andrus v. City of Los Angeles et al |
| 2:22-cv-00493-FWS-KS | Teana Louis v. County of Ventura et al |
| 2:22-cv-01013-FWS-PD | Agustin Herrera v. County of Los Angeles et al |
| 2:22-cv-01319-FWS-MAR | Sami Ammari et al v. City of Norwalk et al |
| 2:22-cv-01721-FWS-PVC | Clariece Grantham v. Secretary of Veterans Affairs Denis McDonough |
| 2:22-cv-01916-FWS-GJS | Abdirahman Aden Kariye et al v. Alejandro Mayorkas et al |
| 2:22-cv-02334-FWS-AS | Estate of Brandon Transberg Hoadley et al v. City of Gardena et al |
| 5:20-cv-02602-FWS-SHK | Catherine Cato et al v. County of San Bernardino |
| 5:21-cv-00497-FWS-SP | Ayana Maroney v. County of Riverside et al |
| 5:21-cv-02008-FWS-E | Kimberly Long v. Thomas  Weeks et al |
| 5:22-cv-00094-FWS-SHK | Empyreal Enterprises, LLC  v. The United States of America et al |

| | |
|---|---|
| 8:21-cv-00265-FWS-KES | Melanie Smith v. County of Orange et al |
| 8:21-cv-00341-FWS-ADS | My Future Consulting, Inc. et al v. Volt Management Corp. et al |
| 8:21-cv-00929-FWS-JDE | A.R.L. v. City of Fullerton et al |
| 8:22-cv-00008-FWS-KES | Alvaro Olivan v. County of Orange et al |
| 8:22-cv-00243-FWS-DFM | Shikera Chamndany v. Tricia Harding et al |
| 2:19-cv-08214-FWS-AGR | Robert Gaudio v. Critical Mass Industries LLC et al |
| 2:20-cv-10132-FWS-JEM | Monica D. Alvarez v. Louis DeJoy et al |
| 2:21-cv-03177-FWS-AFM | Oscar Vivanco et al v. Resource Label Group, LLC et al |
| 2:21-cv-03654-FWS-MAR | Walter Gomez v. Danone North America, LLC et al |
| 2:21-cv-07793-FWS-KES | Cassandra Ware v. Merritt Hospitality, LLC et al |
| 2:21-cv-08742-FWS-JC | Michael Glasman v. Schneider Electric IT USA, Inc. et al |
| 2:21-cv-09526-FWS-MAA | Lesley Furchi v. Sheraton Operating Corporation et al |
| 2:22-cv-00165-FWS-AS | Ricardo Fernandez v. O Reilly Auto Enterprises, LLC et al |
| 2:22-cv-01481-FWS-MRW | Celissa Amanda Garcia v. XPO Logistics Freight, Inc. |
| 2:22-cv-01511-FWS-JEM | Rashad Henderson v. United Parcel Service, Inc. et al |
| 2:22-cv-01863-FWS-MAR | Keith A. McDonald v. Fedex Corporate Services, Inc. et al |
| 2:22-cv-01886-FWS-KS | Rayvonne Walker v. Louis DeJoy et al |
| 5:20-cv-00657-FWS-SHK | Melvin Brooks v. National Express Transit Corporation et al |
| 5:21-cv-01060-FWS-KK | Heather Morris v. O Reilly Automotive Stores, Inc. |
| 5:22-cv-00404-FWS-SP | Terrell Wallace v. The Terminix International Company Limited Partnership et al |
| 5:22-cv-00531-FWS-MRW | Maribel Ponce v. Medline Industries, LP et al |
| 8:20-cv-01360-FWS-JDE | Shane Person v. CVS Pharmacy Inc. et al |
| 8:21-cv-00515-FWS-ADS | Maribel Batacan v. Allscripts Healthcare, LLC |
| 8:21-cv-01411-FWS-ADS | Kristina L. LaBarber v. CRB Builders, LLC et al |
| 8:22-cv-00216-FWS-ADS | Rogelio Cuentas v. Power Paragon, Inc. et al |
| 8:22-cv-00776-FWS-KES | Giuseppe Bianca v. Phillips-Medisize Costa Mesa, LLC et al |
| 2:05-cv-08017-FWS | Gregory Scott Smith v. Steve Ornoski |
| 2:13-cv-04026-FWS | Maurice Lydell Harris v. Kevin Chappell |
| 2:18-cv-03377-FWS | Lester Wayne Virgil v. Ronald Davis |
| 2:17-cv-07732-FWS-JPR | City of Torrance v. Hi-Shear Corporation |
| 2:20-cv-11334-FWS-KS | Center For Biological Diversity et al v. U.S. Bureau of Land Management et al |
| 2:21-cv-08640-FWS-MRW | Lee Mercado v. R and S Manufacturing of Southern California, Inc. |
| 2:22-cv-01198-FWS-MRW | Los Angeles Waterkeeper v. SSA Terminals, LLC et al |
| 8:21-cv-01233-FWS-DFM | Orange County Coastkeeper v. R.J. Noble Company et al |
| 2:21-cv-03280-FWS | In Re: Jeremy Daniel Kintner |
| 2:22-cv-00021-FWS | In Re Debtor Mark Abbey Slotkin |
| 5:22-cv-00371-FWS | In Re Debtor Bruce Leichty et al |
| 8:22-cv-00177-FWS | In Re: Shirley Foose McClure |
| 2:19-cv-09943-FWS-AGR | Tabitha Sanchez v. ExxonMobil Medical Plan et al |
| 2:21-cv-04886-FWS-MAA | Trustees of the Operating Engineers Pension Trust et al v. H Roberts Construction |
| 2:21-cv-05852-FWS-GJS | Maxum Indemnity Company v. Polymer80, Inc. et al |
| 2:21-cv-06388-FWS-AFM | Genworth Life and Annuity Insurance Company v. Christine E. Cavalli-Corvalan, et al |
| 2:21-cv-08070-FWS-SK | GCIU-Employer Retirement Fund et al v. WestRock Company et al |

| | |
|---|---|
| 2:21-cv-08929-FWS-MAR | Health-Ade, LLC v. The Hanover Insurance Company et al |
| 2:21-cv-09408-FWS-PD | Daniel Bruce v. Allstate Northbrook Indemnity Company et al |
| 2:22-cv-00692-FWS-AS | Symptom Media, LLC et al v. Continental Casualty Company et al |
| 2:22-cv-00767-FWS-AGR | TOPA Insurance Company v. Nationwide Mutual Insurance Company |
| 2:22-cv-00888-FWS-JPR | Matthew Bergendahl Jr. v. Guardian Life Insurance Company of America |
| 2:22-cv-01471-FWS-AFM | GCIU Employer Retirement Fund  et al v. Superior Printing Company inc. |
| 2:22-cv-02045-FWS-RAO | Frances Carlo v. American United Life Insurance Company |
| 5:21-cv-01014-FWS-KK | Mark Mohr et al v. Catlin Insurance Company |
| 5:22-cv-00211-FWS-SP | Trustees of the Operating Engineer Pension Trust et al v. V Ditch Solutions, Inc. |
| 8:21-cv-00340-FWS-KES | Emerald Holding, Inc. v. Lloyd's Syndicate 1967 et al |