POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

*Counsel for Plaintiffs*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SANCHEZ and THOMAS TOSSAVAINEN,<br><br>Plaintiffs,<br><br>v.<br><br>DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN,<br><br>Defendants. | Case No. 2:21-cv-00418-FWS-JPR<br><br>NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN<br><br>Hon. Fred W. Slaughter<br>Date: June 23, 2022<br>Time: 10:00 a.m.<br>Courtroom: 10D, Ronald Reagan Federal Building and Courthouse (Santa Ana) |

**TO THE CLERK OF THE COURT AND TO DEFENDANTS:**

PLEASE TAKE NOTICE that Plaintiffs Anthony Sanchez and Thomas Tossavainen ("Plaintiffs") hereby move the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Local Rules 55-1 and 55-2, and this Court's order dated February 14, 2022 directing Plaintiffs to file a motion for Default Judgment (ECF No. 43), for entry of a final judgment by default against Defendants Decision Diagnostics Corp., and Keith M. Berman. This motion is based upon the Default by Clerk Re: Defendants (ECF No. 42), the accompanying Memorandum in Support of Motion for Default Judgment Against Defendants Decision Diagnostics Corp, and Keith M. Berman, and any other evidence or argument the Plaintiffs may present in support of the motion. Pursuant to the Court's Order dated February 14, 2022, ECF No. 43, notice has been served on Defendants via first class mail. *See* Certificate of Service.

Plaintiffs hereby move this Court for a default judgment, against the Defendants, and each of them, for the relief demanded in the First Amended Complaint, for fraud under the federal securities laws, as follows:

1. Plaintiff Sanchez be awarded $181,907 in damages.
2. Plaintiff Tossavainen be awarded $156,138 in damages.
3. Both Plaintiffs be awarded prejudgment and postjudgment interest, beginning on December 18, 2020, in the amount calculated pursuant to 28 U.S.C. § 1961(a).

Dated: May 9, 2022					Respectfully submitted,

							POMERANTZ LLP

							*/s/ Brian P. O'Connell*
							Joshua B. Silverman (*pro hac vice*)

Brian P. O'Connell (SBN 314318)
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 881-4859
Facsimile: (312) 229-8811
E-mail: jbsilverman@pomlaw.com
boconnell@pomlaw.com

Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Facsimile: (917) 463-1044
jpafiti@pomlaw.com

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Brian P. O'Connell, hereby declare under penalty of perjury as follows:

I am an associate attorney at Pomerantz LLP, counsel for Lead Plaintiffs Anthony Sanchez and Thomas Tossavainen. My business address is Pomerantz LLP, Ten South La Salle Street, Suite 3505, Chicago, Illinois 60603. I am over the age of eighteen, a citizen of the United States, and duly admitted to practice law in the State of California and before this Court.

On May 9, 2022, I filed the forgoing **NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP. AND KEITH M. BERMAN** for receipt electronically using the CM/ECF system, which sent notification of such filing to the following counsel of record:

| | |
|---|---|
| Jennifer Pafiti: | jpafiti@pomlaw.com |
| Joshua B. Silverman: | jbsilverman@pomlaw.com |
| Laurence M. Rosen: | lrosen@rosenlegal.com |

I also served this document on the following attorneys, Stephen C. Mazzara and Ronald S. Herzog, who have indicated to Lead Plaintiffs that they represent Defendants Keith M. Berman and Decision Diagnostics Corp., and confirmed their representation by entering into a scheduling stipulation on behalf of Defendants on September 3, 2021. *See* ECF No. 32. Because Mr. Mazzara and Mr. Herzog are not listed as receiving ECF notifications of filings, on May 9, 2022, I served this document, via first-class mail, pursuant to Federal Rule of Civil Procedure 5(b) and Local Rule 5-3, upon these attorneys at their addresses below:

Stephen C. Mazzara:   PO Box 17220

| | |
|---|---|
| | Los Angeles, CA 90017 |
| | smazzara@goldbergsegalla.com |
| Ronald S. Herzog: | PO Box 1020, |
| | Buffalo, NY 14201 |
| | and |
| | 50 Main Street, Suite 425 |
| | White Plains, New York 10606-1901 |
| | rherzog@goldbergsegalla.com |

Executed on May 9, 2022 in Chicago, Illinois:

                               */s/ Brian P. O'Connell*

                               Brian P. O'Connell