# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SANCHEZ and THOMAS TOSSAVAINEN,<br><br>Plaintiffs,<br><br>v.<br><br>DECISION DIAGNOSTICS CORP. and KEITH M. BERMAN,<br><br>Defendants. | Case No. 2:21-cv-00418-FWS-JPR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP., AND KEITH M. BERMAN<br><br>Hon. Fred W. Slaughter<br>Courtroom: 10D, Ronald Reagan Federal Building and Courthouse (Santa Ana) |

The default of Defendants Decision Diagnostics Corp., and Keith M. Berman, has been duly entered by the Clerk of the Court, by reason of the failure of the Defendants to respond to the First Amended Complaint, after having been duly served, and it appearing from Plaintiffs' Memorandum of Law in Support of their Motion for Default Judgment and Declaration in Support of their Motion, a sufficient factual basis exists for entering a Judgment in favor of Plaintiffs Anthony Sanchez and Thomas Tossavainen and against Defendants Decision Diagnostics Corp. and Keith M. Berman.

It is ORDERED that Plaintiffs have judgment against the Defendants as follows:

1. Plaintiff Sanchez is awarded $181,907 in damages.

2. Plaintiff Tossavainen is awarded $156,138 in damages.

3. Both Plaintiffs are awarded prejudgment and postjudgment interest, beginning on December 18, 2020, in the amount calculated pursuant to 28 U.S.C. § 1961(a).

IT IS SO ORDERED.

Dated: _____

_____
HON. FRED W. SLAUGHTER
U.S. DISTRICT COURT JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFFS ANTHONY SANCHEZ AND THOMAS TOSSAVAINEN'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DECISION DIAGNOSTICS CORP., AND KEITH M. BERMAN