# Exhibit 2

**Decision Diagnostics Corp. (DECN)**
**Class Period: March 3, 2020 to December 17, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Purchased Shares | Price | Purchased Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Day* Mean Price $0.0225 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | | |
| Sanchez, Anthony | | 1,523,100 | | ($334,774) | | (1,523,100) | | $152,867 | 800,000 | - | | ($181,907) |
| Tossavainen, Thomas | | 1,118,000 | | ($234,350) | | (225,000) | | $58,120 | 893,000 | 893,000 | $20,093 | ($156,138) |
| **Total** | | **2,641,100** | | **($569,124)** | | **(1,748,100)** | | **$210,987** | **1,693,000** | **893,000** | | **($338,045)** |
| | | | | | | | | | | | | |
| Losses Per Movant | | | | | | | | | | | | |
| Sanchez, Anthony | 3/18/2020 | 30,000 | $0.1759 | ($5,277) | 5/27/2020 | (800) | $0.1750 | $140 | | | | |
| Sanchez, Anthony | 3/18/2020 | 14,500 | $0.1736 | ($2,517) | 5/27/2020 | (1,750) | $0.1600 | $280 | | | | |
| Sanchez, Anthony | 3/18/2020 | 10,000 | $0.1570 | ($1,570) | 5/27/2020 | (1,930) | $0.1700 | $328 | | | | |
| Sanchez, Anthony | 3/18/2020 | 10,000 | $0.1571 | ($1,571) | 5/27/2020 | (2,000) | $0.1550 | $310 | | | | |
| Sanchez, Anthony | 3/18/2020 | 10,000 | $0.1577 | ($1,577) | 5/27/2020 | (5,000) | $0.1610 | $805 | | | | |
| Sanchez, Anthony | 3/18/2020 | 10,000 | $0.1586 | ($1,586) | 5/27/2020 | (9,000) | $0.1600 | $1,440 | | | | |
| Sanchez, Anthony | 3/18/2020 | 6,500 | $0.1560 | ($1,014) | 5/27/2020 | (10,000) | $0.1550 | $1,550 | | | | |
| Sanchez, Anthony | 3/18/2020 | 5,500 | $0.1787 | ($983) | 5/27/2020 | (19,675) | $0.1500 | $2,951 | | | | |
| Sanchez, Anthony | 3/18/2020 | 5,000 | $0.1741 | ($871) | 5/27/2020 | (20,710) | $0.1525 | $3,158 | | | | |
| Sanchez, Anthony | 3/18/2020 | 5,000 | $0.1785 | ($893) | 5/27/2020 | (25,000) | $0.1650 | $4,125 | | | | |
| Sanchez, Anthony | 3/18/2020 | 3,500 | $0.1573 | ($551) | 5/27/2020 | (28,325) | $0.1501 | $4,252 | | | | |
| Sanchez, Anthony | 3/24/2020 | 5,000 | $0.1251 | ($626) | 5/27/2020 | (29,290) | $0.1550 | $4,540 | | | | |
| Sanchez, Anthony | 3/24/2020 | 5,000 | $0.1261 | ($631) | 5/27/2020 | (38,250) | $0.1525 | $5,833 | | | | |
| Sanchez, Anthony | 3/24/2020 | 3,000 | $0.1260 | ($378) | 5/27/2020 | (41,000) | $0.1550 | $6,355 | | | | |
| Sanchez, Anthony | 3/24/2020 | 2,000 | $0.1252 | ($250) | 5/27/2020 | (45,000) | $0.1600 | $7,200 | | | | |
| Sanchez, Anthony | 3/25/2020 | 48,771 | $0.0900 | ($4,389) | 5/27/2020 | (48,070) | $0.1600 | $7,691 | | | | |
| Sanchez, Anthony | 3/25/2020 | 25,000 | $0.1120 | ($2,800) | 5/27/2020 | (48,100) | $0.1550 | $7,456 | | | | |
| Sanchez, Anthony | 3/25/2020 | 24,500 | $0.1070 | ($2,622) | 5/27/2020 | (49,200) | $0.1510 | $7,429 | | | | |
| Sanchez, Anthony | 3/25/2020 | 20,000 | $0.1165 | ($2,330) | 5/27/2020 | (50,000) | $0.1505 | $7,525 | | | | |
| Sanchez, Anthony | 3/25/2020 | 16,825 | $0.1180 | ($1,985) | 5/27/2020 | (50,000) | $0.1550 | $7,750 | | | | |
| Sanchez, Anthony | 3/25/2020 | 15,000 | $0.1170 | ($1,755) | 5/27/2020 | (50,000) | $0.1550 | $7,750 | | | | |
| Sanchez, Anthony | 3/25/2020 | 10,000 | $0.1170 | ($1,170) | 5/27/2020 | (50,000) | $0.1550 | $7,750 | | | | |
| Sanchez, Anthony | 3/25/2020 | 10,000 | $0.1171 | ($1,171) | 5/27/2020 | (50,000) | $0.1600 | $8,000 | | | | |
| Sanchez, Anthony | 3/25/2020 | 3,175 | $0.1180 | ($375) | 5/27/2020 | (50,000) | $0.1600 | $8,000 | | | | |
| Sanchez, Anthony | 3/25/2020 | 1,229 | $0.0880 | ($108) | 12/18/2020 | (5,000) | $0.0500 | $250 | | | | |
| Sanchez, Anthony | 3/25/2020 | 500 | $0.1030 | ($52) | 12/18/2020 | (10,000) | $0.0500 | $500 | | | | |
| Sanchez, Anthony | 3/30/2020 | 50,000 | $0.1025 | ($5,125) | 12/18/2020 | (10,000) | $0.0680 | $680 | | | | |
| Sanchez, Anthony | 3/30/2020 | 50,000 | $0.1028 | ($5,140) | 12/18/2020 | (10,000) | $0.0790 | $790 | | | | |
| Sanchez, Anthony | 3/30/2020 | 50,000 | $0.1035 | ($5,175) | 12/18/2020 | (12,000) | $0.0550 | $660 | | | | |
| Sanchez, Anthony | 3/30/2020 | 49,970 | $0.1025 | ($5,122) | 12/18/2020 | (13,207) | $0.0640 | $845 | | | | |
| Sanchez, Anthony | 3/30/2020 | 30 | $0.1075 | ($3) | 12/18/2020 | (21,000) | $0.0701 | $1,472 | | | | |
| Sanchez, Anthony | 3/31/2020 | 10,000 | $0.0825 | ($825) | 12/18/2020 | (25,800) | $0.0660 | $1,703 | | | | |
| Sanchez, Anthony | 3/31/2020 | 10,000 | $0.0825 | ($825) | 12/18/2020 | (30,213) | $0.0650 | $1,964 | | | | |
| Sanchez, Anthony | 4/17/2020 | 10,000 | $0.2118 | ($2,118) | 12/18/2020 | (41,000) | $0.0700 | $2,870 | | | | |
| Sanchez, Anthony | 4/17/2020 | 10,000 | $0.2120 | ($2,120) | 12/18/2020 | (49,000) | $0.0750 | $3,675 | | | | |
| Sanchez, Anthony | 4/17/2020 | 10,000 | $0.2130 | ($2,130) | 12/18/2020 | (50,000) | $0.0400 | $2,000 | | | | |

*Avg Closing Prices from December 18 to December 31
**Post-Class Period Sales  valued at the average closing prices from the day after the Class Period to the date of sale

**Decision Diagnostics Corp. (DECN)**
**Class Period: March 3, 2020 to December 17, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Purchased Shares | Price | Purchased Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Day* Mean Price $0.0225 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanchez, Anthony | 4/20/2020 | 30,000 | $0.1900 | ($5,700) | 12/18/2020 | (50,000) | $0.0450 | $2,250 | | | | |
| Sanchez, Anthony | 4/20/2020 | 10,000 | $0.1950 | ($1,950) | 12/18/2020 | (54,012) | $0.0700 | $3,781 | | | | |
| Sanchez, Anthony | 4/20/2020 | 5,000 | $0.1910 | ($955) | 12/18/2020 | (124,151) | $0.0650 | $8,070 | | | | |
| Sanchez, Anthony | 4/20/2020 | 5,000 | $0.1910 | ($955) | 12/21/2020** | (50,000) | $0.0350 | $1,750 | | | | |
| Sanchez, Anthony | 4/20/2020 | 5,000 | $0.1910 | ($955) | 12/29/2020** | (44,617) | $0.0286 | $1,275 | | | | |
| Sanchez, Anthony | 4/20/2020 | 5,000 | $0.1930 | ($965) | 12/29/2020** | (50,000) | $0.0286 | $1,429 | | | | |
| Sanchez, Anthony | 5/11/2020 | 1,496 | $0.1180 | ($177) | 12/29/2020** | (50,000) | $0.0286 | $1,429 | | | | |
| Sanchez, Anthony | 5/11/2020 | 1,004 | $0.1160 | ($116) | 12/29/2020** | (50,000) | $0.0286 | $1,429 | | | | |
| Sanchez, Anthony | 5/20/2020 | 12,500 | $0.1350 | ($1,688) | 12/29/2020** | (50,000) | $0.0286 | $1,429 | | | | |
| Sanchez, Anthony | 5/21/2020 | 1,000 | $0.1750 | ($175) | | | | | | | | |
| Sanchez, Anthony | 5/26/2020 | 54,000 | $0.2400 | ($12,960) | | | | | | | | |
| Sanchez, Anthony | 5/26/2020 | 25,000 | $0.2400 | ($6,000) | | | | | | | | |
| Sanchez, Anthony | 5/26/2020 | 15,000 | $0.2050 | ($3,075) | | | | | | | | |
| Sanchez, Anthony | 5/26/2020 | 3,100 | $0.1700 | ($527) | | | | | | | | |
| Sanchez, Anthony | 7/9/2020 | 167,653 | $0.2900 | ($48,619) | | | | | | | | |
| Sanchez, Anthony | 7/9/2020 | 100,000 | $0.2950 | ($29,500) | | | | | | | | |
| Sanchez, Anthony | 7/9/2020 | 50,000 | $0.2900 | ($14,500) | | | | | | | | |
| Sanchez, Anthony | 7/9/2020 | 50,000 | $0.2900 | ($14,500) | | | | | | | | |
| Sanchez, Anthony | 7/9/2020 | 50,000 | $0.2900 | ($14,500) | | | | | | | | |
| Sanchez, Anthony | 7/9/2020 | 50,000 | $0.2900 | ($14,500) | | | | | | | | |
| Sanchez, Anthony | 7/9/2020 | 50,000 | $0.2950 | ($14,750) | | | | | | | | |
| Sanchez, Anthony | 7/9/2020 | 50,000 | $0.2950 | ($14,750) | | | | | | | | |
| Sanchez, Anthony | 7/9/2020 | 50,000 | $0.2950 | ($14,750) | | | | | | | | |
| Sanchez, Anthony | 7/9/2020 | 49,400 | $0.2900 | ($14,326) | | | | | | | | |
| Sanchez, Anthony | 7/9/2020 | 46,497 | $0.2900 | ($13,484) | | | | | | | | |
| Sanchez, Anthony | 7/9/2020 | 24,850 | $0.2900 | ($7,207) | | | | | | | | |
| Sanchez, Anthony | 7/9/2020 | 11,000 | $0.2900 | ($3,190) | | | | | | | | |
| Sanchez, Anthony | 7/9/2020 | 600 | $0.2800 | ($168) | | | | | | | | |
| Sanchez, Anthony | 10/2/2020 | 50,000 | $0.2440 | ($12,200) | | | | | | | | |
| **Sanchez, Anthony** | | **1,523,100** | | **($334,774)** | | **(1,523,100)** | | **$152,867** | **800,000** | **0** | | **($181,907)** |
| | | | | | | | | | | | | |
| Tossavainen, Thomas | 5/21/2020 | 40,000 | $0.1850 | ($7,400) | 7/8/2020 | (22,000) | $0.2800 | $6,160 | | | | |
| Tossavainen, Thomas | 5/21/2020 | 45,000 | $0.1800 | ($8,100) | 7/8/2020 | (50,000) | $0.2800 | $14,000 | | | | |
| Tossavainen, Thomas | 5/27/2020 | 20,000 | $0.1650 | ($3,300) | 7/16/2020 | (3,000) | $0.2330 | $699 | | | | |
| Tossavainen, Thomas | 7/1/2020 | 10,000 | $0.2680 | ($2,680) | 7/20/2020 | (10,750) | $0.2260 | $2,430 | | | | |
| Tossavainen, Thomas | 7/1/2020 | 2,000 | $0.2700 | ($540) | 7/20/2020 | (39,250) | $0.2250 | $8,831 | | | | |
| Tossavainen, Thomas | 7/2/2020 | 20,000 | $0.2400 | ($4,800) | 9/23/2020 | (50,000) | $0.2600 | $13,000 | | | | |
| Tossavainen, Thomas | 7/2/2020 | 35,000 | $0.2200 | ($7,700) | 9/23/2020 | (50,000) | $0.2600 | $13,000 | | | | |
| Tossavainen, Thomas | 7/16/2020 | 100,000 | $0.2420 | ($24,200) | | | | | | | | |
| Tossavainen, Thomas | 7/16/2020 | 11,900 | $0.2400 | ($2,856) | | | | | | | | |
| Tossavainen, Thomas | 7/16/2020 | 2,500 | $0.2390 | ($598) | | | | | | | | |
| Tossavainen, Thomas | 7/20/2020 | 50,000 | $0.2300 | ($11,500) | | | | | | | | |
| Tossavainen, Thomas | 8/6/2020 | 30,000 | $0.4000 | ($12,000) | | | | | | | | |
| Tossavainen, Thomas | 8/10/2020 | 75,000 | $0.3300 | ($24,750) | | | | | | | | |
| Tossavainen, Thomas | 8/26/2020 | 13,300 | $0.2490 | ($3,312) | | | | | | | | |
| Tossavainen, Thomas | 8/26/2020 | 70,033 | $0.2500 | ($17,508) | | | | | | | | |
| Tossavainen, Thomas | 9/4/2020 | 3,267 | $0.2500 | ($817) | | | | | | | | |

*Avg Closing Prices from December 18 to December 31

**Post-Class Period Sales valued at the average closing prices from the day after the Class Period to the date of sale

**Decision Diagnostics Corp. (DECN)**
**Class Period: March 3, 2020 to December 17, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Purchased Shares | Price | Purchased Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Day* Mean Price $0.0225 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tossavainen, Thomas | 9/10/2020 | 100,000 | $0.2000 | ($20,000) | | | | | | | | |
| Tossavainen, Thomas | 9/10/2020 | 44,000 | $0.2000 | ($8,800) | | | | | | | | |
| Tossavainen, Thomas | 9/10/2020 | 6,000 | $0.1900 | ($1,140) | | | | | | | | |
| Tossavainen, Thomas | 9/30/2020 | 40,000 | $0.2150 | ($8,600) | | | | | | | | |
| Tossavainen, Thomas | 10/5/2020 | 40 | $0.2240 | ($9) | | | | | | | | |
| Tossavainen, Thomas | 10/5/2020 | 74,960 | $0.2300 | ($17,241) | | | | | | | | |
| Tossavainen, Thomas | 10/29/2020 | 29,500 | $0.1800 | ($5,310) | | | | | | | | |
| Tossavainen, Thomas | 10/29/2020 | 95,500 | $0.1800 | ($17,190) | | | | | | | | |
| Tossavainen, Thomas | 11/9/2020 | 200,000 | $0.1200 | ($24,000) | | | | | | | | |
| **Tossavainen, Thomas** | | **1,118,000** | | **($234,350)** | | **(225,000)** | | **$58,120** | **893,000** | **893,000** | **$20,093** | **($156,138)** |
| | | | | | | | | | | | | |
| Summary of Losses | | | | | | | | | | | | |
| Sanchez, Anthony | | 1,523,100 | | ($334,774) | | (1,523,100) | | $152,867 | 800,000 | 0 | | ($181,907) |
| Tossavainen, Thomas | | 1,118,000 | | ($234,350) | | (225,000) | | $58,120 | 893,000 | 893,000 | | ($156,138) |
| **Total** | | **2,641,100** | | **($569,124)** | | **(1,748,100)** | | **$210,987** | **1,693,000** | **893,000** | | **($338,045)** |

*Avg Closing Prices from December 18 to December 31

**Post-Class Period Sales  valued at the average closing prices from the day after the Class Period to the date of sale